UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOSUE ORTIZ,

Plaintiff,

vs.

RICHARD WAGSTAFF, MARY GUGLIUZZA,
MARK VAUGHN, MARK STAMBACH, and
BPD DOES 1-12, in their Capacity as Police
Officers of the CITY OF BUFFALO; BUFFALO
POLICE DEPARTMENT; CITY OF BUFFALO,

Defendants.

**PLAINTIFF'S EXPERT WITNESS
IDENTIFICATION**

Civil Action No.:
16-cv-321 (EAW/HBS)

Plaintiff, as and for his Expert Witness Identification pursuant to Fed. R. Civ. P.

26(a)(2) and 26(b)(4) and the Text Order filed November 20, 2019 in this case, responds

as follows:

A.     Plaintiff identifies the following expert witnesses who are treating physicians

or medical care providers in this matter: (1) Dr. Brian S. Joseph, MD, 5820 Main St.,

Williamsville, NY 14221; (2) Dr. Evelyn Coggins, MD - 125 West Eagle Street, Buffalo,

NY 14202; (3) Dr. Hany Shehata, MD - Niagara County Dept of Heath, 1001 11th Street,

Niagara Falls NY 14301; (4) Niagara Falls Memorial Medical Center, 621 Tenth St.,

Niagara Falls, NY 14302; (5) Lake Shore Behavioral Health, 951 Niagara St., Buffalo, NY

14213; (6) Dr. Raul Vazquez, MD FAAFC - Urban Family Practice, 564 Niagara Street,

Buffalo, NY 14201; and (7) Michele Lowry, Psy.D - 115 Liberty Street, Bath NY 14810.

Plaintiff does not include any report(s) or other disclosure of such witness(es)

because each is a "treating physician" or "medical care provider" and physicians and

medical care providers "testifying to their personal consultation with a patient are not considered expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4)(C)." *Brundidge v. City of Buffalo*, 79 F. Supp. 2d 219, 224 (W.D.N.Y. 1999), citing *Mangla v. Univ. of Rochester*, 168 F.R.D. 137 (W.D.N.Y. 1996); *Baker v. Taco Bell Corp.*, 163 F.R.D. 348 (D.Colo. 1995) (holding that two doctors who treated an accident victim were ordinary witnesses testifying as to their personal treatment of the patient); *Salas v. United States*, 165 F.R.D. 31 (W.D.N.Y. 1995) (holding that five doctors called to testify regarding their treatment and "opinion[s] with respect to the injuries or illnesses sustained as they causally relate to this incident and his/her opinion as to permanency" were not subject to the more extensive expert-witness requirements of Fed.R.Civ.P. 26(a)(2)(B)).

B.      Plaintiff identifies the following expert witnesses who are not treating physicians or medical care providers in this matter: (1) Dr. Allison D. Redlich, 4400 University Drive, Fairfax, VA 22030. CV attached.  Report to be provided; and (2) Dr. Ronald R. Reiber, PhD. 2001 Main Street, Buffalo NY 14208 – Economist - Report on lost income/ diminished economic capacity to be provided. Summary of Report is attached hereto.

**DATED:** January 15, 2020

*Attorneys for Plaintiffs*
HANCOCK ESTABROOK, LLP

By:  _____

Alan J. Pierce, Esq.
100 Madison St., Suite 1800
Syracuse, New York 13202
(315) 565-4500

Wayne C. Felle, Esq.
6024 Main Street
Williamsville, NY 14221

July 2019

## ALLISON D. REDLICH

| | |
|---|---|
| Department of Criminology, Law and Society | 352 Enterprise Hall |
| George Mason University | Email: aredlich@gmu.edu |
| 4400 University Drive. | Tel: 703-993-5835 |
| Fairfax, VA 22030 | Fax: 703-993-8316 |

Websites: www.cls.gmu.edu/people/aredlich; https://themodilslab.wixsite.com/modils/research

### PROFESSIONAL POSITIONS

| | |
|---|---|
| 2019 -- present | President-Elect, American Psychology-Law Society, Division 41 of the American Psychological Association |
| 2017 -- present | Graduate Director and Associate Chair, Department of Criminology, Law and Society, George Mason University, Fairfax, VA |
| 2015 – present | Professor, Department of Criminology, Law and Society, George Mason University, Fairfax, VA |
| 2012 – 2015 | Chair, Board of Directors/Executive Director, Michael J. Hindelang Criminal Justice Research Center, State University of New York, University at Albany, Albany, NY |
| 2008 – 2015 | Assistant-Associate Professor, School of Criminal Justice, State University of New York, University at Albany, Albany, NY |
| 2002 – 2008 | Senior Research Associate I-II, Policy Research Associates, Delmar, NY |
| 2001 – 2002 | Research Scientist, Stanford University School of Medicine, Department of Psychiatry and Behavioral Sciences, Stanford, CA |
| 1999 – 2001 | The California Wellness Foundation Postdoctoral Fellow, Stanford University School of Medicine, Department of Psychiatry and Behavioral Sciences, Stanford, CA |
| Summer 1998 | Research Assistant, California Youth Authority, Sacramento, CA |
| 1992 – 1994 | Research Assistant, National Institute of Child Health and Human Development, National Institutes of Health, Bethesda, MD |

### EDUCATION

| | |
|---|---|
| 1999 – 2001 | Postdoctoral training, Psychiatry and Juvenile Justice Stanford University School of Medicine |
| 1999 | Doctor of Philosophy, Developmental Psychology University of California, Davis |
| 1996 | Masters of Arts, Developmental Psychology University of California, Davis |

1

July 2019

1992                  Bachelor of Arts, Psychology
The Pennsylvania State University

## GRANTS

2019—2020    Charles Koch Foundation, "The Influence of Discovery on True and False Guilty Pleas"
Principal Investigator ($75,500; Year 2)

2017—2027    Department of Homeland Security, Center for Investigative Network Analysis, Center of Excellence (CINA)
Theme Leader, Criminal Investigative Processes ($40 million) [PI: Anthony Stefanidis]

2017—2019    National Science Foundation, "Police Investigator Decision-Making in High-Profile Cases"
Co-Principal Investigator ($158,012) [PI: Skye Woestehoff]

2017—2018    Charles Koch Foundation, "The Influence of Discovery on True and False Guilty Pleas"
Principal Investigator ($85,000; Year 1)

2015 – 2018    National Science Foundation, "Collaborative Research: Understanding Youth Engagement in the Plea Process: Predictors and Consequences"
Principal Investigator ($395,000 total) [PI at UC Irvine: Jodi A. Quas]

2015 – 2017    National Science Foundation, "Elephants in the Courtroom: Examining Overlooked Issues in Wrongful Convictions" Workshop grant
Principal Investigator ($49,807) [Co-PIs: James Acker, Catherine Bonventre & Robert Norris]

2014 – 2017    Brain and Behavior Research Foundation Independent Investigator Award, "The Influence of Mental Illness Severity and Treatment on Criminal Justice Success: The Mediating Role of Mental Health Courts"
Principal Investigator ($99,371)

2014 – 2017    National Science Foundation, "Research Coordination Network (RCN): Understanding Guilty Pleas"
Co-Principal Investigator ($298,675) [PI: Shawn Bushway]

2012 – 2013    Federal Bureau of Investigation, High-Value Detainee Interrogation Group (HIG), "The Dynamic Process of Interrogation" [Subcontract from UT, El Paso, PI: Christian A. Meissner]
Co-Principal Investigator ($153,000) [PI: Christopher Kelly]

2011 – 2012    Federal Bureau of Investigation, High-Value Detainee Interrogation Group (HIG), "Surveying the International Interrogation Community" [Subcontract from UT, El Paso, PI: Christian A. Meissner]
Principal Investigator ($160,025)

2010 – 2013    National Science Foundation, "Creating and Transferring Knowledge on Guilty Pleas"
Principal Investigator ($175,000)

2

July 2019

2010 – 2013    National Institute of Justice, "Bargaining in the Shadow of Trial: Exploring the Reach of Evidence Outside the Jury Box"
Principal Investigator ($511,283) [Co-PI: Shawn Bushway]

2010 – 2011    Federal Bureau of Investigation, High-Value Detainee Interrogation Group (HIG), "Surveying the U.S. Interrogation Community" [Subcontract from UT, El Paso, PI: Christian A. Meissner]
Principal Investigator ($199,999)

2009 – 2010    Campbell Crime and Justice Group, Campbell Collaboration, "A Systematic Review of the Research on the Effectiveness of Interview and Interrogation Methods on Investigative Outcomes"
Co-Principal Investigator ($49,375) [PI: Christian A. Meissner]

2008 – 2009    John D. & Catherine T. MacArthur Foundation, Network on Mandated Community Treatment "Understanding and perceptions of the plea process among non-mentally ill offenders"
Principal Investigator ($38,596)

2007-2009    NARSAD Young Investigator Award, "False Confessions among Persons with Serious Mental Illness"
Principal Investigator ($56,348)

2007-2009    City-County of San Francisco, CA "Mental Health Courts: Level of Supervision and Predictors of Outcome: 12-month interviews"
Co-Principal Investigator ($64,340) [PI: Henry J. Steadman]

2005-2008    National Science Foundation, "Mental Health Court Comprehension: Predictors and Influence on Treatment Compliance and Receipt of Sanctions"
Principal Investigator ($199,991) [Co-PI: Henry J. Steadman]

2005-2009    John D. & Catherine T. MacArthur Foundation, Network on Mandated Community Treatment "Mental Health Courts: Level of Supervision and Predictors of Outcome."
Co-Principal Investigator ($2,092,887) [PI: Henry J. Steadman]

**Mentored Student Grants**
2019-2020    Amy Dezember, NSF Doctoral Dissertation Research Improvement Grant, "Examining Different Kinds of Guilty Pleas" ($17,639)

2016-2018    Reveka Shteynberg, NSF Doctoral Dissertation Research Improvement Grant, "Rationales
*[co-chair]*    Underlying and Shaping Plea Decision-Making" ($11,399) [PI: A. Worden]

2014-2015    Woojae Han, NIJ Graduate Research Fellowship, "Impact of Community Treatment and Neighborhood Environment on Recidivism in Mental Health Courts" ($31,999)

## HONORS AND AWARDS

2018    American Psychological Association Mid-Career Award for Outstanding Contributions to Benefit Children, Youth, and Families
2016    University of Nevada, Reno Interdisciplinary Graduate Student Association speaker

3

July 2019

| | |
|---|---|
| 2015 | School of Criminal Justice, University at Albany Graduate Student Mentor Award |
| 2014 | Ranked 22nd most productive scholar in Criminology and Criminal Justice, 2009-2013 [2nd highest-ranked female] (Walters, 2014) |
| 2013 | The Research Foundation for the State University of New York Faculty Travel Award ($1500) |
| 2012 | Ranked 3rd (of 125) in Academic Productivity among Assistant Professors in Criminology and Criminal Justice (Copes, Khey, & Tewksbury, 2012) |
| 2012 | Career, Leadership and University Excellence (CLUE) Fellow; University at Albany |
| 2010 | Box highlight in 3rd edition of textbook, *Introduction to Forensic Psychology*, Sage Publishers (A. Bartol and C. Bartol) |
| 2009 | Invited to be Visiting Professor at Ritsumeikan University, Kyoto, Japan |
| 2009 | University at Albany, Faculty Research Award Program—B ($3,689) |
| 1999-2001 | The California Wellness Foundation Academic Postdoctoral Fellow, Stanford University |
| 1999 | Pro Femina Research Travel Award, Consortium for Women, UC Davis |
| 1998 | The Society for the Psychological Study of Social Issues Grants-in-Aid Award ($2,000) |
| 1996 | American Psychology-Law Society Grant-in-Aid Award ($500) |
| 1995-1999 | University of California, Graduate Studies Fellowship |

## PUBLICATIONS
(*Denotes student/post-doctorate under my supervision)

### *Books/Monographs/Special Journal Issues*

Acker, J., & **Redlich**, A. D. (2019). *Wrongful convictions: Law, social science, and policy* (2nd edition). Durham, NC: Carolina Academic Press.

Edkins, V. & **Redlich**, A.D. (2019) (Eds.). *A system of pleas: Social science's contribution to the real legal system*. New York, NY: Oxford University Press.

Wilford, M.S., & **Redlich**, A.D. (May, 2018). (Guest editors). Special issue on guilty pleas. *Psychology, Public Policy, and Law, 24.*

Walsh, D., Oxburgh, G., **Redlich**, A., D., & Myklebust, T. (2016). (Eds.). *International developments and practices in investigative interviewing and interrogation, Volume I: Victims and witnesses*. Abingdon, England: Routledge Press.

Walsh, D., Oxburgh, G., **Redlich**, A., D., & Myklebust, T. (2016). (Eds.). *International developments and practices in investigative interviewing and interrogation, Volume II: Suspected Offenders*. Abingdon, England: Routledge Press.

**Redlich**, A. D., Acker, J., *Norris, R. J., & *Bonventre, C. (2014). (Eds). *Examining wrongful convictions: Stepping back, moving forward*. Durham, NC: Carolina Academic Press.

Acker, J., & **Redlich**, A. D. (2011). *Wrongful convictions: Law, social science, and policy*. Durham, NC: Carolina Academic Press.

**Redlich**, A. D. & Petrila, J. (2009). (Eds.). The age of innocence: Miscarriages of justice in the 21st century. *Behavioral Sciences and the Law, 27(3),* 297-488.

4

July 2019

Quas, J.A., Goodman, G. S., Ghetti, S., Alexander, K., Edelstein, R., **Redlich**, A. D., Cordon, I., & Jones, D.P. (2005). Childhood sexual assault victims: Long-term outcomes after testifying in criminal court. *Society for Research in Child Development Monographs, 70*. Serial No. 280.

*Journal Articles*
### In Press and 2019
**Redlich**, A.D., Nirider, L., & *Shteynberg, R. (in press). Pragmatic implication in the interrogation room: A comparison of juveniles and adults. *Journal of Experimental Criminology.*

Lavoie, J., Dickerson, K. L., **Redlich**, A. D., & Quas, J. A. (in press). Overcoming disclosure reluctance in youth victims of sex trafficking: New directions for research, policy, and practice. *Psychology, Public Policy, & Law.*

Norris, R., Weintraub, J., N., Acker, J.R., **Redlich**, A.D., & Bonventre, C.L. (in press). The criminal costs of wrongful convictions: Can we reduce crime by protecting the innocent? *Crime and Crime Policy.*

*Woestehoff, S., **Redlich**, A.D., Cathcart, E., & Quas, J. (2019). Legal professionals' perceptions of juvenile engagement in the plea process. *Translational Issues in Psychological Science, 5*, 121-131.

Kelly, C.J., Russano, M., Miller, J., & **Redlich**, A.D. (in press). On the road (to admission): Engaging suspects with minimization. *Psychology, Public Policy, and Law.*

Zottoli, T., Daftary-Kapur, T., Edkins, V., **Redlich**, A.D., King, C., Dervan, L. & Tahan, E. (in press). State of the states: A survey of procedural and administrative law pertaining to guilty pleas across the United States. *Behavioral Sciences and the Law.*

Norris, R., Bonventre, C., **Redlich**, A.D., Acker, J., & Lowe, C. (2019). Preventing wrongful convictions: An analysis of state investigation reforms. *Criminal Justice Policy Review, 30*, 597-626. DOI: 10.1177/0887403416687359.
**Article selected for inclusion in C. Spohn, C. Hemmings, & W.S. McCann (Eds.), *Courts: A Text/Reader* (3rd Ed.), Sage Publishing.

### 2018
*Miller, J.C., **Redlich**, A.D., & Kelly, C.E. (2018). Accusatorial and information-gathering interview and interrogation methods: A multi-country comparison. *Psychology, Crime, and Law, 24*, 935-956.

Han, W., & **Redlich**, A.D. (2018). Racial/ethnic disparities in behavioral health service usage in mental health courts. *Criminal Justice and Behavior, 45*, 173-194.

**Redlich**, A.D., Yan, S., Norris, R.J., & Bushway, S.D. (2018). The influence of confessions on guilty pleas and plea discounts. *Psychology, Public Policy, and Law, 24*, 147-157. doi: 10.1037/law0000144.

Wilford, M., & **Redlich**, A.D. (2018). Deciphering the guilty plea: Where research can inform policy. (Introduction to edited special issue). *Psychology, Public Policy, and Law, 24*, 145-147. doi: 10.1037/law0000169.

5

July 2019

Kassin, S.M., **Redlich**, A.D., Alceste, F., & Luke, T. (2018). On the "general acceptance" of confessions research: Opinions of the scientific community. *American Psychologist, 73*, 63-80.

**2017**

**Redlich**, A.D., Wilford, M., & Bushway, S.D. (2017). Understanding guilty pleas through the lens of social science. *Psychology, Public Policy, and the Law, 23*, 458-471. [Invited article in special Issue to mark APA's 125th anniversary]

**Redlich**, A.D., Bibas, S., Edkins, V., & Madon, S. (2017). The psychology of defendant plea decision-making. *American Psychologist, 72*, 339-352.

**2016**

**Redlich**, A. D. & *Shteynberg, R. (2016). To plead or not to plead: A comparison of juvenile and adult true and false plea decisions. *Law and Human Behavior, 40*, 611-625.

**Redlich**, A.D., Bushway, S., & *Norris, R. (2016). Plea decision-making by attorneys and judges: The impact of legal and extra-legal factors. *Journal of Experimental Criminology, 12*, 537-561.

Turner, J. I. & **Redlich**, A. D. (2016). Reply to Miriam Baer and Michael Doucette's reviews of *Two models of pre-plea discovery in criminal cases*. *Washington & Lee Law Review, 73*, 471-486.

Acker, J. A., **Redlich**, A. D., Bonventre, C., & Norris, R. N. (2016). Foreword to "Elephants in the courtroom: Examining overlooked issues in wrongful convictions. *Albany Law Review, 79*, 705-715.

Turner, J. I. & **Redlich**, A. D. (2016). Two models of pre-plea discovery in criminal cases: An empirical comparison. *Washington and Lee Law Review, 73*, 285-408.
**Article selected for the National Center of Criminal Defense Lawyers "Must Read" list
**Article selected by Delaware Supreme Court Judge for CLE presentation

*Han, W. & **Redlich**, A. D. (2016). Examining the impact of community treatment on recidivism in mental health courts. *Psychiatric Services, 67*, 384-390. http://dx.doi.org/10.1176/appi.ps.201500006

Kelly, C., *Miller, J., & **Redlich**, A. D. (2016). The dynamic nature of interrogation. *Law and Human Behavior, 40*, 295-309.

**2015**

**Redlich**, A.D. & *Bonventre, C. (2015). Content and comprehensibility of adult and juvenile tender-of-plea forms: Implications for knowing, intelligent, and voluntary guilty pleas. *Law and Human Behavior, 39*, 162-176.

Kelly, C.E., **Redlich**, A.D., & *Miller, J.C. (2015). Examining the meso-level domains of the interrogation taxonomy. *Psychology, Public Policy, and Law, 21*, 179-191. http://dx.doi.org/10.1037/law0000034

Kelly, C. E., Abdel-Salam, S., *Miller, J. C., & **Redlich**, A. D. (2015). Social identity and the perceived effectiveness of interrogation methods. *Investigative Interviewing: Research and Practice*, II, 24-41.

July 2019

**2014**

Bushway, S., **Redlich**, A.D., & *Norris, R. (2014). An explicit test of plea bargaining in the "shadow of the trial". *Criminology, 52*, 723-754.

**Redlich**, A. D., Kelly, C. E., & *Miller, J. C. (2014). The who, what, and why of human intelligence gathering: Self-reported measures of interrogation methods. *Applied Cognitive Psychology, 28*, 817-828.

Meissner, C. A., **Redlich**, A. D., Michael, S. W., Evans, J. R., Camilletti, C. R., Bhatt, S., & Brandon, S. (2014). Accusatorial and information-gathering interrogation methods and their effects on true and false confessions: A meta-analytic review. *Journal of Experimental Criminology, 10*, 459-486.

*Norris, R., & **Redlich**, A. D. (2014). Seeking justice, compromising truth? Criminal admissions and the Prisoner's Dilemma. *Albany Law Review, 77*, 101-134.

**2013**

**Redlich**, A. D. & *Han, W. (2013). Examining the links between therapeutic jurisprudence and mental health court completion. *Law and Human Behavior, 38*, 109-118.

*Kelly, C., *Miller, J., **Redlich**, A. D., & Kleinman, S. (2013). A taxonomy of interrogation methods. *Psychology, Public Policy, and Law, 19*, 165-178.

**2012**

Bushway, S., & **Redlich**, A. D. (2012). Is plea bargaining in the "shadow of the trial" a mirage? *Journal of Quantitative Criminology, 28*, 437-454.

**Redlich**, A. D. & Summers, A. (2012). Voluntary, knowing, and intelligent pleas: Understanding plea inquiries. *Psychology, Public Policy, and Law, 18*, 626-643.

**Redlich**, A. D., *Liu, S., Steadman, H. J., Callahan, L., & Robbins, P. C. (2012). Is diversion swift?: Comparing mental health court and traditional criminal justice processing. *Criminal Justice and Behavior, 39*, 420-433.
*Article selected for a Sage Publications podcast:* http://cjb.sagepub.com/content/39/4/420/suppl/DC1

**2011**

*Norris, R., *Bonventre, C., **Redlich**, A. D., & Acker, J. (2011). Than that one innocent suffer: Evaluating state safeguards against wrongful convictions. *Albany Law Review, 44*, 1301-1364.

**Redlich**, A. D. Kulish, R., & Steadman, H. J. (2011). Comparing true and false confessions among persons with serious mental illness. *Psychology, Public Policy, and Law, 17*, 394-418.

Steadman, H. J., **Redlich**, A. D., Callahan, L., Robbins, P. C., & Vesselinov, R. (2011). Assessing the impact of mental health courts on arrests and jail days: A multi-site study. *Archives of General Psychiatry, 68*, 167-172.

7

July 2019

## 2010

Quas, J. A., Alexander, K. W., Goodman, G. S., Ghetti, S., Edelstein, R., & **Redlich**, A. D. (2010). Long-term autobiographical memory for legal involvement: Individual and sociocontextual factors. *Cognitive Development, 25*, 394-409.

**Redlich**, A. D. (2010). The susceptibility of juveniles to false confessions and false guilty pleas. *Rutgers Law Review, 62*, 943-957. [Translated into Spanish for the Chilean Public Defender Office]

**Redlich**, A. D., Hoover, S.*, Summers, A.*, & Steadman, H.J. (2010). Enrollment in mental health courts: Voluntariness, knowingness, and adjudicative competence. *Law and Human Behavior, 34*, 91-104.

**Redlich**, A. D., Summers, A.*, & Hoover, S.* (2010). Self-reported false confessions and false guilty pleas among offenders with mental illness. *Law and Human Behavior, 34*, 79-90.

Kassin, S. M., Drizin, S., Grisso, T., Gudjonsson, G., Leo, R. A., & **Redlich**, A. D. (2010).  APLS-Approved White Paper, Police-induced confessions: Risk factors and recommendations. *Law and Human Behavior, 34*, 3-38.

Kassin, S. M., Drizin, S., Grisso, T., Gudjonsson, G., Leo, R. A., & **Redlich**, A. D. (2010).  White paper and commentaries: Looking ahead. *Law and Human Behavior, 34*, 49-52.

**Redlich**, A. D., Steadman, H. J., Callahan, L., Robbins, P. C., Vesselinov, R., & Ozdogru, A. A.* (2010). The use of mental health court appearances in supervision. *International Journal of Law and Psychiatry, 33*, 272-277.

Karnik, N.S., Soller, M.V., **Redlich**. A. D., Silverman, M.*, Kraemer, H.C., Haapanen, R., & Steiner, H. (2010). Prevalence differences of psychiatric disorders among youth after nine months or more of incarceration by race/ethnicity and age. *Journal of the Health Care for the Poor and Underserved, 21*, 237-250.

## 2009

**Redlich**, A. D. & Ozdogru, A. A.* (2009). Alford pleas in the age of innocence. *Behavioral Sciences and the Law, 27*, 467-488.

Karnik, N. S., Soller, M. V., **Redlich**, A. D, Silverman, M.*, Kraemer, H. C., Haapanen, R., & Steiner, H. (2009). Prevalence of and gender differences in psychiatric disorders among juvenile delinquents incarcerated for nine months. *Psychiatric Services, 60*, 838-841.

## 2008

**Redlich**, A. D., Quas, J. A., & Ghetti, S. (2008). Perceptions of children during a police interview: Guilt, confessions, and interview fairness. *Psychology, Crime, and Law, 14*, 201-223.

Petrila, J. & **Redlich**, A. D. (2008). Options for diverting persons with mental illness from the criminal justice system. *Court Review, 43*, 164-173.

**Redlich**, A. D., Ghetti, S., & Quas, J. A. (2008). Perceptions of children during a police interview: A comparison of suspects and alleged victims. *Journal of Applied Social Psychology, 38*, 705-735.

8

July 2019

### 2007

**Redlich**, A. D. (2007). Military vs. police interrogations: Similarities and differences. *Peace and Conflict, 13*, 423-428.

**Redlich**, A. D. (2007). Double jeopardy in the interrogation room: Young age and mental illness. *American Psychologist, 62*, 609-611.

Busch, A. B. & **Redlich**, A. D. (2007). Patients' perception of possible child custody or visitation loss for non-adherence to psychiatric treatment. *Psychiatric Services, 58*, 999-1002.

### 2006

Ghetti, S., Edelstein, R., Goodman, G. S., Cordon, I. M., Quas, J. A., Alexander, K. W., **Redlich**, A. D., & Jones, D. P. (2006). What can subjective forgetting tell us about memory for childhood trauma? *Memory and Cognition, 34*, 1011-1025.

**Redlich**, A. D., & Monahan, J. (2006). General pressures to adherence to psychiatric treatment in the community. *International Journal of Forensic Mental Health, 5*, 125-131.

Steadman, H.J., & **Redlich**, A.D. (2006). Perceived coercion in everyday life: A concept to inform research on the legal issues of coerced treatment. *International Journal of Forensic Mental Health, 5*, 167-171.

Van Dorn, R.A., Mustillo, S., **Redlich**, A. D., Elbogen, E., Swanson, J., & Swartz, M. (2006). The relationship between mandated treatment and perceived barriers to care in persons with mental illness: Is there a role for social support? *International Journal of Law and Psychiatry, 29*, 495-506.

**Redlich**, A. D., Steadman, H. J., Monahan, J., Robbins, P. C., & Petrila, J. (2006). Patterns of practice in mental health courts: A national survey. *Law and Human Behavior, 30*, 347-362.

Goodman, G. S, Myers, J., Qin, J., Quas, J. A., Castelli, P.*, **Redlich**, A. D., & Rogers, L. (2006). Children's out-of-court statements: Effects of truthful and deceptive hearsay on jurors' decisions. *Law and Human Behavior, 30*, 363-401.

**Redlich**, A. D., Steadman, H. J., Robbins, P. C., & Swanson, J. (2006). Use of the criminal justice system to leverage mental health treatment: Effects on treatment adherence and satisfaction. *Journal of the American Academy of Psychiatry and the Law, 34*, 292-299.

Appelbaum, P., & **Redlich**, A.D. (2006). Impact of decisional capacity on the use of leverage to encourage treatment adherence. *Community Mental Health Journal, 42*, 121- 130.

Appelbaum, P., & **Redlich**, A.D. (2006). Use of leverage over patients' money to promote adherence of psychiatric treatment. *Journal of Nervous and Mental Disease, 194*, 294-302.

### 2005

**Redlich**, A. D. (2005). Voluntary, but knowing and intelligent? Comprehension in mental health courts. *Psychology, Public Policy, and Law, 11*, 605-619.

9

July 2019

**Redlich**, A. D., Steadman, H. J., Monahan, J., Petrila, J., & Griffin, P. (2005). The second generation of mental health courts. *Psychology, Public Policy, and Law, 11*, 527-538.

Edelstein, R. S., Ghetti, S., Quas, J. A., Goodman, G. S., Alexander, K. W., **Redlich**, A. D., & Cordon, I. M. (2005). Individual differences in emotional memory: Adult attachment and long-term memory for child sexual abuse. *Personality and Social Psychology Bulletin, 31*, 1537-1548.
Reprinted in D. C. Funder & D. J. Ozer (Eds., 5th ed.), *Pieces of the personality puzzle: Readings in theory and research* (pp. 298-310). New York, NY: Norton & Co.

Steadman, H. J., **Redlich**, A. D., Griffin, P., Petrila, J., & Monahan, J. (2005). From referral to disposition: Case processing in seven mental health courts. *Behavioral Sciences and the Law, 23*, 1-12.

Monahan, J., **Redlich**, A. D., Swanson, J., Robbins, P. C., Appelbaum, P. S., Petrila, J., Steadman, H. J., Swartz, M., Angell, B., & McNiel, D. (2005). Use of leverage to improve adherence to psychiatric treatment in the community. *Psychiatric Services, 56*, 37-44.

Alexander, K., W., Quas, J. A., Goodman, G.S., Ghetti, S., Edelstein, R. S., **Redlich**, A. D., Cordon, I. M., & Jones, D. P. H. (2005). Traumatic impact predicts long-term memory for documented child sexual abuse. *Psychological Science, 16*, 33-40. (Translated into Japanese for the *Japanese Journal of Child Abuse and Neglect*).

$\leq$ **2004**

**Redlich**, A. D. (2004). Mental illness, police interrogations, and the potential for false confession. *Psychiatric Services, 55*, 19-21.

Plattner, B.*, Silverman, M.A.*, **Redlich**, A., Carrion, V.G., Feucht, M., Friedrich, M.H., & Steiner, H. (2003). Pathways to dissociation: Intrafamilial and extrafamilial trauma in juvenile delinquents. *The Journal of Nervous and Mental Disease, 191*, 781-788.

**Redlich**, A. D., Silverman, M.*, & Steiner, H. (2003). Factors affecting preadjudicative and adjudicative competence in juveniles and young adults. *Behavioral Sciences and the Law, 21*, 1-17.

**Redlich**, A. D., & Goodman, G. S. (2003). Taking responsibility for an act not committed: The influence of age and suggestibility. *Law and Human Behavior, 27*, 141-156.

Goodman, G. S., Ghetti, S., Quas, J. A., Edelstein, R., Alexander, K., **Redlich**, A.D., Cordon, I., & Jones, D. P. (2003). A prospective study of memory for child sexual abuse: New findings relevant to the repressed-memory controversy. *Psychological Science, 14*, 113-118.

Miller, S. P.*, **Redlich**, A. D., & Steiner, H. (2003). The stress response in anorexia nervosa. *Child Psychiatry and Human Development, 33*, 295-306.

**Redlich**, A. D., Goodman, G. S., Myers, J. E. B., & Qin, J. (2002). A comparison of two forms of hearsay testimony in child sexual abuse cases. *Child Maltreatment, 7*, 312-328.

Ghetti, S., & **Redlich**, A. D. (2001). Reactions to youth crime: Perceptions of accountability and competency. *Behavioral Sciences and the Law, 19*, 33-52.

July 2019

**Redlich**, A. D. (2001). Community notification: Perceptions of its effectiveness in preventing child sexual abuse. *Journal of Child Sexual Abuse, 10*, 91-116.

Quas, J. A., Goodman, G. S., Ghetti, S., & **Redlich**, A. D. (2000). Questioning the child witness: What can we conclude from the research thus far? *Trauma, Abuse, and Violence, 1*, 223-249.

Myers, J. E. B., **Redlich**, A. D., Goodman, G. S., Prizmich, L.*, & Imwinkelried, E. (1999). Jurors' perceptions of hearsay in child sexual abuse cases. *Psychology, Public Policy, and the Law, 5*, 388-419.

Goodman, G. S., Quas, J. A., & **Redlich**, A. D. (1998). The ethics of conducting "false memory" studies with children: A reply to Hermann and Yoder. *Applied Cognitive Psychology, 12*, 207-217.

Goodman, G. S., Bottoms, B. L., **Redlich**, A., Shaver, P. R., & Beety, K. (1998). Correlates of multiple forms of victimization in religion-related child abuse cases. *Journal of Aggression, Maltreatment, and Trauma, 2*, 273-295.

Sternberg, K. J., Lamb, M. E., Hershkowitz, I., Esplin, P. W., **Redlich**, A., & Sunshine, N. (1996). The relationship between investigative utterance types and the informativeness of child witnesses. *Journal of Applied Developmental Psychology, 17*, 439-451.

### *Book Chapters*

*Dezember, A. & **Redlich**, A.D. (2019). Plea bargaining in the shadow of trial. In P. Brennan & C. Spohn (Eds.), *Sentencing policies and practices in the 21st century* (pp. 168-187). New York, NY: Routledge.

*Luna, S., *Dezember, A., & **Redlich**, A.D., (2019). The validity of misdemeanor pleas. In A. Smith & S. Maddan (Eds.), *The lower criminal courts* (pp. 66-75). New York, NY: Routledge.

**Redlich**, A.D., Zottoli, T., & Daftary-Kapur, T. (2019). Pleading guilty when young: Circumstances, Knowingness, and rationales of juvenile plea decisions. In V. Edkins and A.D. Redlich (Eds.), *A system of pleas: Social science's contributions to the real legal system.* New York, NY: Oxford University Press.

Yan, S., Bushway, S., & **Redlich**, A. D. (2017). Discretion in the absence of guidelines: Charge bargaining and sentencing for felony defendants in New York. In J. Ulmer & M. Bradley (Eds.), *Punishment decisions: Locations of disparity – Volume 2 in the ASC Division on Corrections & Sentencing Handbook Series*. New York, NY: Routledge.

**Redlich**, A. D. (2016). The validity of pleading guilty. In M. K. Miller and B. Bornstein (Eds.), *Advances in psychology and law* (pp. 1-27). Cham, Switzerland: Springer International Publishing.

*Shteynberg, R. & **Redlich**, A. D. (2015). Policing juvenile delinquency. In M. D. Krohn and J. Lane (Eds.), *Wiley handbook of juvenile delinquency and juvenile justice*. Malden, MA: Wiley-Blackwell Publishers.

11

July 2019

**Redlich**, A. D., Acker, J. R., *Norris, R. J., & *Bonventre, C. L. (2014). Wrongful convictions: Reflections on moving forward. In A. D. Redlich, J. R. Acker, R. J. Norris, & C. L. Bonventre (Eds.), *Examining wrongful convictions: Stepping back, moving forward* (pp. 337-349). Durham, NC: Carolina Academic Press.

Acker, J. R., **Redlich**, A. D., *Norris, R. J., & *Bonventre, C. L. (2014). Stepping back--moving beyond immediate causes: Criminal justice and wrongful convictions in social context. In A. D. Redlich, J. R. Acker, R. J. Norris, & C. L. Bonventre (Eds.), *Examining wrongful convictions: Stepping back, moving forward* (pp. 3-15). Durham, NC: Carolina Academic Press.

*Liu, S. & **Redlich**, A. D. (2014). Jails and courts: Intercept 3. In P. Griffin, K. Heilbrun, E. Mulvey, D. DeMatteo, & C. Schubert (Eds.), *The sequential intercept model and criminal justice: Promoting community alternatives for individuals with serious mental illness*. Oxford University Press.

**Redlich**, A. D. (2013). The past, present, and future of mental health courts. In R. Weiner & E. Brank (Eds.), *Special problem solving courts: Social science and legal perspectives* (pp. 147-161). New York: Springer Press.

*Norris, R., & **Redlich**, A. D. (2011). At-risk populations under investigation and at trial. In B. Cutler (Ed.), *Conviction of the innocent: Lessons from psychological research* (pp. 13-32). Washington, DC: APA Press.

**Redlich**, A. D. & Cusack, K. (2010). Mental health treatment in criminal justice settings. In B. L. Levin, K. D. Hennessey, & J. Petrila (Eds.), *Mental health services: A public health perspective* (3rd ed) (pp. 421-440). New York: Oxford University Press.

**Redlich**, A. D. (2010). False confessions and false guilty pleas: Similarities and differences. In G.D. Lassiter & C. Meissner (Eds.), *Interrogations and confessions: Current research, practice and policy* (pp. 49-66). Washington, DC: APA Books.

Costanzo, M. & **Redlich**, A. (2010). Use of physical and psychological force in criminal and military interrogations. In J. Knuttsson & J. Kuhns (Eds.), *Policing around the world: Police use of force* (pp. 43-51). Praeger Security International.

**Redlich**, A. D. & Meissner, C. A. (2009). Techniques and controversies on the interrogation of suspects: The artful practice versus the scientific study. In J. Skeem, K. Douglas, & S. Lilienfeld (Eds.), *Psychological science in the courtroom: Controversies and consensus* (pp. 124-148). New York: Guilford Publications, Inc. [Translated into Chinese for Southwest Law and Political University]

**Redlich**, A. D., & Kassin, S. M. (2009). Suggestibility and false confessions among juveniles. In B. L. Bottoms, C. J. Najdowski, & G. S. Goodman (Eds.), *Children as victims, witnesses, and offenders: Psychological science and the law* (pp. 275-294). New York: Guilford Press.

**Redlich**, A. D., & Drizin, S. (2007). Police interrogation of youth. In C. L. Kessler & L. Kraus (Eds.), *The mental health needs of young offenders: Forging paths toward reintegration and rehabilitation* (pp. 61-78). Cambridge, England: Cambridge University Press.

12

July 2019

**Redlich**, A. D., *Silverman, M., *Chen, J., & Steiner, H. (2004). The police interrogation of children and adolescents. In G. D. Lassiter (Ed.), *Interrogations, confessions, and entrapment* (pp. 107-126). Kluwer Academic/Plenum Press.

Alexander, K., **Redlich**, A. D., Christian, P. & Goodman, G. S. (2003). Interviewing children. In M. Peterson & M. Durfee, & (Eds.), *Child abuse and neglect: Guidelines for the identification, assessment, and case management* (pp. 17-19). Volcano, CA: Volcano Press, Inc.

Steiner, H., & **Redlich**, A.D. (2002). Child psychiatry and the juvenile court. In M. Lewis (Ed.), *Child and adolescent psychiatry: A comprehensive textbook* (pp. 1417-1425) (3rd ed.). Baltimore, MD: Lippincott, Williams, & Wilkins, Inc.

Edelstein, R., Goodman, G. S., Ghetti, S., Alexander, K., Quas, J. A., **Redlich**, A. D., Schaaf, J. M., & Cordon, I. (2002). Child witnesses' experiences post-court. In H. Westcott, G. Davies, & R. Bull (Eds.), *Children's testimony in context* (pp. 261-277). New York: Wiley.

Goodman, G. S., **Redlich**, A. D., Qin, J., Ghetti, S., Tyda, K. S., & Schaaf, J. (1998). Evaluating eyewitness testimony in adults and children. In I. B. Weiner & A. K. Hess (Eds.), *Handbook of forensic psychology* (pp. 218-272). New York: Wiley & Sons.

Goodman, G. S., Bottoms, B. L., **Redlich**, A., Shaver, P. R., & Beety, K. (1998). Correlates of multiple forms of victimization in religion-related child abuse cases. In B. B. Robbie-Rossman & M. S. Rosenberg (Eds.), *Multiple victimization of children: Conceptual, developmental, research, and treatment issues* (pp. 273-295). New York: Haworth Press.

Qin, J., Quas, J. A., **Redlich**, A., & Goodman, G. S. (1997). Children's autobiographical memory and eyewitness testimony. In N. Cowan (Ed.), *The development of memory in childhood* (pp. 301-341). London: UCL Press.

### *Other Published Writings*

**Redlich**, A.D., & *Luna, S. (in press). Investigating criminal discovery practices. *Translational Criminology*. The Center for Evidence-Based Crime Policy.

**Redlich**, A.D., Acker, J., Bonventre, C., & Norris, R. (accepted for publication). Elephants in the courtroom: Examining overlooked issues in wrongful convictions. A NSF-NIJ Workshop. *National Institute of Justice Journal.*

*Kamorowski, J., Cucolo, H.E., & **Redlich**, A.D. (February 2017). International Megan's Law: It's not about what works, it's about what sells. *Common Ground column, APLS Newsletter*, 7-12.

**Redlich**, A. D. (2014). False confessions on trial. *International Society of Barristers Quarterly*, 21-42.

*Shifton, J., *Norris, R., & **Redlich**, A. D. (2014). False and coerced confessions (updated). *Oxford Bibliographies Online*. New York: Oxford University Press.

13

July 2019

*Kelly, C., **Redlich**, A. D., Evans, J., & Meissner, C. (2013). Meta-analysis of the interview and interrogation literature. In G. Bruinsma & D. Weisburd (Ed.), *Encyclopedia of Criminology and Criminal Justice*. New York, NY: Springer Press.

Meissner, C., **Redlich**, A. D., Bhatt, S., & Brandon, S. (2012). *Interview and interrogation methods and their effects on true and false confessions*. Final report to the Campbell Collaboration. Available at http://campbellcollaboration.org/lib/download/2249/

**Redlich**, A. D. (2011). Evidence-based graduate education for criminology and criminal justice students: The University at Albany experience. *Academy of Experimental Criminology Newsletter*.

**Redlich**, A. D. (2010). Invited commentary on *Army Field Manual 2-22.3 Interrogation Methods: A Science-based review*. Authored by Brandon, S. E., Bhatt, S., Justice, B. P., & Kleinman. S. M. Washington, DC: National Defense Intelligence College Press.

*Norris, R., & **Redlich**, A. D. (2010). False and coerced confessions. *Oxford Bibliographies Online*. New York: Oxford University Press.

**Redlich**, A. D. (2007). Sentencing diversion programs. In B. Cutler (Ed.), *Encyclopedia of Psychology and Law*. Thousand Oaks, CA: Sage Press.

**Redlich**, A. D. (Summer 2007). False guilty pleas. *American Psychology-Law Society Newsletter, 27*, 6-7, 31.

## MANUSCRIPTS SUBMITTED AND IN PROGRESS

Luna, S. & Redlich, A.D. (under review). *The decision to provide discovery: An examination of policies and guilty pleas.*

Scherr, K., Redlich, A.D., & Kassin, S.M. (revise and resubmit). *Cumulative disadvantage: The compounding effect of innocents' decision-making from interrogations to the courtroom.*

Alceste, F., Luke, T., Redlich, A.D., Amrom, A., Hellgren, J., & Kassin, S.M. (under review). *The psychology of confessions: A comparison of expert and lay opinions.*

Scherr, K., Normile, C., Luna, S., Redlich, A.D., Lawrence, M., & Caitlin, M. (under review). *False admissions of guilt associated with wrongful convictions undermine people's perceptions of exonerees.*

## RESEARCH CITED IN AMICUS AND LEGAL BRIEFS

Redlich and Goodman (2003)
*U.S. Supreme Court Cases
- *Roper v. Simmons*: constitutionality of death penalty for juveniles aged 16 and 17 years
  - American Psychological Association
- *Graham v. State of Florida* and *Sullivan v. State of Florida*: constitutionality of life without parole for juveniles who did not commit murder
  - Equal Justice Initiative [Bryan Stevenson]
  - Disability Rights Legal Center
- *USA v. Khadr*, U.S. Supreme Court case on Military Jurisdiction of Minors

14

July 2019

- o   Juvenile Law Center [Marsha Levick]
- *JDB v. State of North Carolina*: U. S. Supreme Court case on Miranda waivers, age, and custody
  - o   Center for the Wrongful Conviction of Youth et al.
- *Miller v. Alabama and Jackson v. Hobbs*, U.S. Supreme Court case on abolishing life without parole for juveniles
  - o   Juvenile Law Center et al.
- *Dassey v. Dittman*: Petition for a Writ of Certiorari in juvenile false confession/wrongful conviction
  - o   Arnold and Porter (Salamon, Blatt, & Franze)
  - o   American Psychological Association

*State Court and U.S. Court of Appeals Cases
- *California v. A.T.*: California Court of Appeals, 2nd District, on *Miranda* waiver and interrogation of a 13-year-old
  - o   Center for the Wrongful Conviction of Youth
- *New York v. Thomas*: New York State Court of Appeals case on the necessity of expert testimony in possible false confession cases
  - o   American Psychological Association
- *Michigan v. Kowalski*: Michigan Supreme Court case on the necessity of expert testimony in possible false confession cases
  - o   American Psychological Association
- *Wisconsin v. Jerrell C. J.*: Wisconsin Supreme Court case on Voluntariness of Juvenile Confession
  - o   Children and Family Justice Center
- *A Minor v. State of Arkansas*, Arkansas Supreme Court case on valid Miranda waiver and confession
  - o   Center on Wrongful Conviction of Youth
- *Damien Wayne Echols v. State of Arkansas*, Arkansas Supreme Court case, appeal of wrongful conviction and death sentence based on new evidence
  - o   Center on Wrongful Conviction of Youth, National Association of Criminal Defense Lawyers
- *Phillipos vs. United States of America*: Expert testimony in false confession cases
  - o   American Psychological Association

Redlich, Silverman, Chen, & Steiner (2004; chapter in Lassiter book)
- *Dassey v. Dittman*: Petition for a Writ of Certiorari in juvenile false confession/wrongful conviction
  - o   Arnold and Porter (Salamon, Blatt, & Franze)

Redlich (2007)
- *Illinois v. Juan A. Rivera*: Illinois Court of Appeals, 2nd Judicial District case on general acceptance of false confession research and need for expert testimony
  - o   American Psychological Association
- *Douglas Warney v. New York.*: New York Court of Appeals, 4th Department case on false confessions from vulnerable suspects and whether they contributed to their wrongful conviction
  - o   American Psychological Association
- *Dassey v. Dittman*: Petition for a Writ of Certiorari in juvenile false confession/wrongful conviction
  - o   Arnold and Porter (Salamon, Blatt, & Franze)

Redlich and Ozdogru (2009)
- *James Berry v. Robert E. Ercole* United States Court of Appeals, Second Circuit; habeas corpus

15

July 2019

petition based on ineffective assistance of counsel and advice to plea
  o   Legal brief authored by Brian Sheppard, Esq.

Redlich (2010) [chapter in APA book]
- *Commonwealth of Pennsylvania v. Anthony Wright:* Pennsylvania Supreme Court case on post-conviction access to DNA testing with confession evidence present
  o   American Psychological Association
- *Illinois v. Juan A. Rivera:* Illinois Court of Appeals, 2nd Judicial District case on general acceptance of false confession research and need for expert testimony
  o   American Psychological Association
- *Douglas Warney v. New York:* New York Court of Appeals, 4th Department case on false confessions from vulnerable suspects and whether they contributed to their wrongful conviction
  o   American Psychological Association
- *John David Floyd v. Burl Cain:* Louisiana State Supreme Court case on the relationship between confession voluntariness and guilt
  o   American Psychological Association
- *Newton v. Indiana:* U.S. Supreme Court case on threat of death penalty in plea negotiations
  o   Juvenile Law Center

Redlich, Summers, and Hoover (2010)
- *New York v. Thomas:* New York State Court of Appeals case on the necessity of expert testimony in possible false confession cases
  o   American Psychological Association
- *Michigan v. Kowalski:* Michigan Supreme Court case on the necessity of expert testimony in possible false confession cases
  o   American Psychological Association
- *Illinois v. Juan A. Rivera:* Illinois Court of Appeals, 2nd Judicial District case on general acceptance of false confession research and need for expert testimony
  o   American Psychological Association
- *Douglas Warney v. New York.:* New York Court of Appeals, 4th Department case on false confessions from vulnerable suspects and whether they contributed to their wrongful conviction
  o   American Psychological Association
- *Dassey v. Dittman:* Petition for a Writ of Certiorari in juvenile false confession/wrongful conviction
  o   Becker, Drizin, Nirider, et al. [Petitioner's attorneys]

Redlich (2010) [Rutgers Law Review]
- *JDB v. State of North Carolina:* U. S. Supreme Court case on *Miranda* waivers, age, and custody
  o   Center for the Wrongful Conviction of Youth et al.
- *California v. A.T.:* California Court of Appeals, 2nd District, on *Miranda* waiver and interrogation of a 13-year-old
  o   Center for the Wrongful Conviction of Youth
- *Dassey v. Dittman:* Petition for a Writ of Certiorari in juvenile false confession/wrongful conviction
  o   Arnold and Porter (Salamon, Blatt, & Franze)

Redlich & Shteynberg (2016)
- *Newton v. Indiana:* U.S. Supreme Court case on threat of death penalty in plea negotiations

16

July 2019

- o   Juvenile Law Center
- *People v. Tiger*: State of New York Court of Appeals; cited by Dissent.

Kassin et al. (2010) [APLS-sponsored white paper on confessions and interrogations]
- *Michigan v. Kowalski*: Michigan Supreme Court case on the necessity of expert testimony in possible false confession cases
  - o   American Psychological Association
- *New York v. Thomas*: New York State Court of Appeals case on the necessity of expert testimony in possible false confession cases
  - o   American Psychological Association
- *Phillipos vs. United States of America*: Expert testimony in false confession cases
  - o   American Psychological Association
- *Douglas Warney v. New York.*: New York Court of Appeals, 4th Department case on false confessions from vulnerable suspects and whether they contributed to their wrongful conviction
  - American Psychological Association
- *Dassey v. Dittman*: Petition for a Writ of Certiorari in juvenile false confession/wrongful conviction
  - o   Current and Former Prosecutors [Arnold & Porter]
  - o   Professors of Criminal Law, Criminal Procedure, and Constitutional Law [Garrett & Craig]
  - o   American Psychological Association
  - o   The Innocence Network
  - o   Becker, Drizin, Nirider, et al. [Petitioner's attorneys]

Kassin et al. (2018)
- *Dassey v. Dittman*: Petition for a Writ of Certiorari in juvenile false confession/wrongful conviction
  - o   American Psychological Association

## INVITED ADDRESSES AND CONFERENCES

Redlich, A.D. (2019, November). Invited expert testimony (on mental health courts) to the U.S. Commission on Civil Rights.

Redlich, A.D. (2019, October). *Unintelligent decisions: Discovery in the context of guilty pleas.* Invited presentation to the Criminology department, University of Pennsylvania.

Redlich, A. D. (2019, May). *Interrogations and vulnerable populations.* Invited presentation to Advancing Real Change, Inc., Baltimore, MD.

Redlich, A. D. & Luna, S. (2019, April). *Providing discovery in the context of guilty pleas.* Invited presentation to the Virginia Association of Criminal Defense Lawyers, Richmond, VA.

Redlich, A.D. (2018, September). Keynote address, *Confronting confrontational models of interrogation and plea bargaining.* "Colaboração Premiada": An investigation tool. Brazilian Federal Police, Brasilia, Brazil.

Redlich, A.D. (2018, July). Plenary speaker at Indiana State Bar Association Legal Education Conclave, *Bridging the gaps: Connecting with communities and their leaders to improve understanding and access to justice.* Indianapolis, IN.

17

July 2019

Redlich, A.D. (2018, June). *False guilty pleas 101.* Invited speaker at *False confessions, false guilty pleas, and wrongful convictions: A multi-disciplinary symposium* at the Institute of Law, Psychiatry, and Public Policy, University of Virginia, Charlottesville, VA.

Redlich, A. D. (2017, November). Invited panel participant at the *Innocence Project's Impact After 25 years: Law, Policy, and the Courts.* Benjamin Cardozo School of Law, New York, NY.

Redlich, A. D. (2017, May). Invited participant at *Neighborhood Criminal Justice Roundtable* (small group conference), University of Virginia Law School, Charlottesville, VA.

Redlich, A. D. (2017, April). *The validity of pleading guilty.* Invited talk to the Department of Criminal Justice, Indiana University, Bloomington, IN.

Redlich, A. D. (2017, March). *The validity of pleading guilty.* Invited talk to the Department of Psychology, Florida International University, Miami, FL.

Redlich, A.D. (2017, January). Competence to confess. In L. Johnston (Chair), *Competence Revisited: The Changing Role of Mental Capacity in Criminal and Immigration Proceedings.* Paper presented at the Association of American Law Schools, San Francisco, CA. (Invited speaker for Section on Law and Mental Disability)

Redlich, A.D. (2016, September). *Adolescence and the validity of guilty pleas.* Community Psychology series. University of Virginia, Charlottesville, VA.

Redlich, A.D. (2016, September). *The validity of pleading guilty.* Wendy and Mark Stavish Endowed Chair Psychology-Law Speaker Series. Iowa State University, Ames, IA.

Redlich, A. D. (2016, May). *What is our role during the plea process: Decision-making and the validity of guilty pleas.* Invited plenary at the Public Defender Retreat, Las Vegas, NV.

Redlich, A. D. (2016, May). *False confessions on trial.* Invited plenary at the Public Defender Retreat, Las Vegas, NV.

Redlich, A. D. (2016, April). *Guilty plea decision-making among juveniles and adults.* Invited presentation to the Graduate Student Interdisciplinary Club, University of Nevada, Reno.

Redlich, A, D. (2015, September). *The interrogation of vulnerable persons.* Training for the Office of the Chief Public Defenders Office, Connecticut.

Redlich, A.D. (2015, April). *Questioning juveniles in the interrogation room and courtroom.* New York State Defenders Association meeting, Rochester, NY.

Redlich, A. D. (2014, November). *Stages of adolescence and the decision to plead guilty.* Institute of Behavioral Science, University of Colorado, Boulder.

Redlich, A. D. (2014, July). *The good, the bad, and the ugly of mental health courts.* Invited plenary

18

July 2019

presentation to the 3rd annual Intermountain Mental Health Court Conference, Utah State University, Logan, UT.

Redlich, A. D. (2014, March). *The validity of guilty pleas*. Invited colloquium speaker, Center for Law and Human Behavior, University of Texas, El Paso, El Paso, TX.

Redlich, A. D. (2014, March). *False confessions on trial*. Invited plenary presentation to the International Society of Barristers, Maui, HI.

Redlich, A. D. (2014, January). Invited participant at *Criminal Justice Colloquium* (small group conference), Southern Methodist University Law School, Dallas, TX.

Redlich, A. D. (2014, January). Invited speaker on *Scenes of a Crime* panel. New York State Bar Association, New York, NY.

Kelly, C., Redlich, A. D., & Miller, J. C. (2013, October). *The dynamic process of interrogation*. Invited presentation at the 3rd annual Intelligence Interviewing, HIG Research Symposium, Washington, DC.

Redlich, A. D. (2013, August). *False and coerced confessions*. Invited speaker at the Administrative Office of the U.S. Courts, Office of Defender Services Training Branch conference. Buffalo, NY.

Redlich, A. D. (2013, July). *Interrogating in the shadow of trial: Confessions to convictions*. Invited plenary speaker at the New York State Defenders Association meeting, Saratoga Springs, NY.

Redlich, A. D. (2012, December). *Torture and false confessions: Improving China's interrogation methods*. Invited speaker, US-Asia Law Institute (NYU School of Law) symposium: Xi'an and Chengdu, China.

Redlich, A. D. (2012, November). *False confessions: Intersecting science, ethics, and the law*. Invited speaker at the Temple Law Review and the Pennsylvania Innocence Project symposium, Philadelphia, PA.

Redlich, A. D. (2012, October). *Juveniles and false confessions*. Invited speaker at the annual Criminal Justice Educators Association of New York State (CJEANYS) meeting, Poughkeepsie, NY.

Redlich, A. D. (2012, October). Empirical studies of problem solving courts. Invited speaker at *The Bruce J. Winick Fall 2012 Colloquium: Standards in problem solving courts.* University of Miami Law School, Miami, FL.

Redlich, A. D. (2012, June). *The who, what, and why of selecting interview and interrogation techniques.* Invited presentation to Hebrew University, Institute of Criminology, Jerusalem, Israel.

Redlich, A. D. (2012, June). *Am I right or wrong? Waiving rights and pleading guilty*. Invited presentation to Hebrew University, Institute of Criminology, Jerusalem, Israel.

Redlich, A. D. (2012, June). Global perspectives on interrogation and intelligence gathering. Invited presentation as a plenary speaker at the John Jay College of Criminal Justice, *International Conference: Global Perspectives on Justice, Security, and Human Rights*. New York, NY.

19

July 2019

Redlich, A. D. (2012, February). HIG Committee. Small-group meeting, Washington DC.

Redlich, A. D. (2012, January). The risk of wrongful convictions among youth. Invited presentation to the Cardozo Journal of Law and Gender Symposium, *Stealing innocence: Juvenile legal issues and The Innocence Project*. New York, NY.

Redlich, A. D., Kelly, C., & Miller, J. (2011, August). *A systematic survey of the interrogation and intelligence community.* HIG Research Symposium, Intelligence Interviewing. Washington, DC.

Redlich, A. D. (2011, May). Professor Barry Feld book-in-progress workshop conference. University of Minnesota Law School, Minneapolis, MN. (Invited member of small group).

Redlich, A. D. (2011, March). *Creating a common interrogator language.* Invited presentation to the High-Value Detainee Interrogation Group. Washington, DC.

Redlich, A. D. (2011, February). *Policy summit on the future of criminal justice reform in America.* Sponsored by the Laura and John Arnold Foundation. Houston, TX. (Invited member of small group conference).

Redlich, A. D. (2010, November). *Adolescence, innocence, and pleading guilty: Beyond adjudicative competence.* Invited presentation to the Department of Psychology, University of California, Davis.

Redlich, A. D. (2010, November). *True lies, false confessions.* Invited presentation to the Albany Law School Amnesty International chapter. Albany, NY.

Steadman, H. J., Redlich, A. D., Callahan, L., & Robbins, P. C. (2010, October). *The MacArthur mental health court study.* Invited presentation to the MacArthur Foundation Research Network on Community Mandated Treatment, Tucson, AZ.

Redlich, A. D. (2010, June). *The risk of false confessions among individuals with mental illness.* Invited presentation at the Public Defender Service Forensic Conference, Washington, DC.

Redlich, A. D. (2010, April). False confessions, false guilty pleas: The susceptibility of juveniles and best interests. Invited presentation at Rutgers Law Review symposium, *Righting the wronged: Causes, effects, prevention, and remedies of juvenile wrongful convictions*. Newark, NJ.

Meissner, C., Redlich, A. D., Bhatt, S., & Brandon, S. (2010, March). *A systematic review of the effectiveness of interviewing and interrogation techniques on investigative outcomes*. National Police Improvement Agency, London, England.

Redlich, A. D. (2010, January). Mental health courts: yesterday, today, and tomorrow. Invited presentation at *Special problem-solving courts: Social science and legal perspectives*. University of Nebraska-Lincoln Law and Psychology Visiting Scholar Program, Program of Excellence, Lincoln, NE.

Redlich, A. D. (2009, October). *Juveniles and false confessions.* Annual Summit of the National Juvenile Defender Center, Denver, CO.

20

July 2019

Redlich, A. D. (2009, October). *Decision-making and defenses in mental health court.* Annual Summit of the National Juvenile Defender Center, Denver, CO.

Redlich, A. D. (2009, September). *HUMINT: Integration of science and practice conference*. Sierra Vista, AZ. Sponsored by the Defense Intelligence Agency, U.S. Department of Defense. (Invited member of small group conference).

Redlich, A. D. (2009, February). *Working Strategy Roundtable: Center for Wrongful Convictions of Youth*. Northwestern School of Law, Chicago, IL.

Redlich, A. D. (2009, February). *What is a mental health court?* Invited presentation to the Albany chapter of the New York State Mental Health Counselors Association, Sage Colleges, NY.

Redlich, A. D. (2009, January). *Does MHC understanding predict MHC success?* Invited presentation to the MacArthur Foundation Research Network on Community Mandated Treatment, Santa Monica, CA.

Steadman, H. J., Redlich, A. D., Callahan, L., & Robbins, P. (2009, January). *The MacArthur mental health court study*. Invited presentation to the MacArthur Foundation Research Network on Community Mandated Treatment, Santa Monica, CA.

Redlich, A. D. (2008, November). *False confessions*. Invited address to the Major Crime Conference of the Royal Canadian Mounted Police, Halifax, Canada.

Redlich, A. D. (2008, October). *Improving outcomes for people with mental illnesses in mental health courts: A research guide for policymakers*. The Council of State Governments, Justice Center, Washington, DC. (Invited member of Expert Panel).

Redlich, A. D. (2008, July). *Mental health courts: Alternatives to incarceration.* Invited address to the U.S. Sentencing Commission Conference, Washington, DC.

Redlich, A. D. (2008, April). *The impact of mental illness on competence to confess*. Invited address to Sage Colleges-sponsored conference on Death Penalty, Mental Illness, & Actual Innocence, Albany, NY.

Redlich, A. D. (2007, September). *False confessions in interrogations and plea arrangements*. Invited address at Interrogations and Confessions: Conference sponsored by the APA Science Directorate (Chairs: G.D. Lassiter & C. Meissner). El Paso, TX.

Redlich, A. D. (2007, July). *Understanding and appreciation among mental health court participants*. Invited presentation to the MacArthur Foundation Research Network on Community Mandated Treatment, Baltimore, MD.

Redlich, A. D. (2006, November). *Psychologists for Social Responsibility Seminar for Psychologists and Military Interrogators*. Washington, DC (Invited member of small group conference.)

Redlich, A. D. (2006, October). *The second generation of mental health courts*. Invited address to the Conference on Mental Illness and the Courts. St. Francis College, Brooklyn, NY.

21

July 2019

Redlich, A. D. (2005, June). *Mental health courts*. Invited address to the New York State Office of Mental Health-sponsored conference on Mandated Community Treatment. Albany, NY.

Redlich, A. D. (2005, June), *The National Summit on Mental Health Courts*. Racine, WI: Wingspread Foundation Conference Center. (Invited member of small group conference.)

Redlich, A. D. (2005, March). *Psychology and law research*. Invited address to Women and Justice Career Day Program. Russell Sage College, Albany, NY.

Redlich, A. D. (2004, July). *The totality of the circumstances in juvenile interrogations: Weighing the factors*. Invited presentation to the New York State Defense Attorney Association, Saratoga Springs, NY.

Redlich, A. D. (2002, June). *The police interrogation of juveniles*. Invited address to the Southwest Region of Juvenile Public Defenders, American Bar Association, Houston, TX.

Redlich, A.D. (2001, July). *The pre-adjudication of juveniles: Developmental differences in responses to interrogation*. Invited presentation to the MacArthur Foundation Research Network on Adolescent Development and Juvenile Justice, Boston, MA.

### CONFERENCE PRESENTATIONS [2015-present; pre-2015 available upon request]

Dezember, A., Stoltz, M., Manley, M., Woodruff, M., Woestehoff, S., & Redlich, A.D. (2019, May). *The Strength of Evidence in the Plea Bargaining Process*. Paper presented at the Annual Meeting on Law and Society, Washington, DC.

Norris, R.J., Weintraub, J., Acker, J.A., Redlich, A.D., & Bonventre, C. (2019, April). *Documenting the crimes of true perpetrators in cases of wrongful convictions*. Innocence Network conference, Atlanta, GA.

Sadri, A., Cathcart, E., Redlich, A.D., & Quas, J.A. (2019, March). Young engagement in the plea process: What happens when neither youth nor parents understand? In L.C. Malloy (Chair), *Do parents know best? The role of parents in juvenile interrogation and plea bargaining contexts*. Paper presented at the American Psychology Law Society conference, Portland, OR.

Luna, S., Redlich, A.D., & Woestehoff, S. (2019, March). *Reducing prosecutorial misconduct: The impact of two discovery policies*. Poster presented at the American Psychology Law Society conference, Portland, OR.

Woestehoff, S., Redlich, A. D., Cathcart, E., & Quas, J. A. (2019, March). *Legal professionals' perceptions of juvenile engagement in the plea process*. Paper presented at the American Psychology Law Society conference, Portland, OR.

Dezember, A, Luna, S., Woestehoff, S., Stoltz, M., Manley, M., & Redlich, A.D. (2019, March). *Knowing, intelligent, and voluntary: The validity of misdemeanor pleas*. Paper presented at the American Psychology Law Society conference, Portland, OR.

Luna, S. & Redlich, A.D. (2019, February). *A national survey of veterans treatment court actors*. Paper presented at the Western Society of Criminology annual conference, Honolulu, HI.

22

July 2019

Luna, S., Woestehoff, S., & Redlich, A.D. (2018, November). Examining the impact of discovery policies on prosecutorial misconduct. In R.J. Norris (Chair), *Wrongful Convictions: Prosecutors, Public Attitudes, and Jailhouse Lawyers*. Paper presented at the Annual Meeting of the American Society of Criminology, Atlanta, GA.

Dezember, A., Luna, S., Stoltz, M., Manley, M., & Redlich, A.D. (2018, November) The Validity of Misdemeanor Guilty Pleas. In M. Omori (Chair), *Advances in Study of Guilty Pleas and Prosecution*. Paper presented at the Annual Meeting of the American Society of Criminology, Atlanta, GA.

Sadri, A., Cathcart, E., Quas, J.A., & Redlich, A.D. (2018, May). *Teens who plead guilty: Parents' and teens' engagement in and understanding of the plea process*. Poster presented at the Association of Psychological Science, San Francisco, CA.

Dezember, A., Woestehoff, S., Manley, M., & Redlich, A.D. (2018, March). Alford pleas and the presumption of strong evidence. In M. Wilford (Chair), *A system of pleas*. Paper presented at the American Psychology-Law Society, Memphis, TN.

Woestehoff, S., Cathcart, E., Dezember, A., Marquina, A., Quas, J.A., & Redlich, A.D. (2018, March). Defendants' engagement in juvenile and criminal plea hearings. In S. Woestehoff (Chair), *Juveniles and guilty pleas*. Paper presented at the American Psychology-Law Society, Memphis, TN.

Redlich, A.D. (2017, November). Developing a strategy for expanding wrongful conviction research. In A. Moore (Chair), *In their own words: The human aspect of wrongful conviction*. Invited presentation in NIJ-sponsored panel. Paper presented at the American Society of Criminology conference, Philadelphia, PA.

Redlich, A.D., Woestehoff, S., Dezember, A., Cathcart, E., & Quas, J. (2017, November). Talking to youth about pleading guilty: Perceptions of judges and attorneys. In C. Kelly (Chair), *Forensic interviewing across the criminal justice system*. Paper presented at the American Society of Criminology conference, Philadelphia, PA.

Dezember, A., Woestehoff, S., & Redlich, A.D. (2017, November). *Does it pay to plea: The strength of evidence in the bargaining process*. Paper presented at the American Society of Criminology conference, Philadelphia, PA.

Redlich, A.D., Miller, J., & Kelly, C. J. (2017, July). *Accusatorial and information-gathering interview and interrogation methods: A multi-country comparison*. International Investigative Interviewing and Interrogation Research Group conference, Monterrey, CA.

Redlich, A.D., & Han. W. (June, 2017). *Racial/ethnic differences in community behavioral health treatment: A comparison of mental health and traditional courts*. Center for Evidence-Based Crime Policy conference, Arlington, VA.

Clark, A. & Redlich, A.D. (2016, November). *The impact of confessions on prosecutorial misconduct*. Paper presented at the American Society of Criminology conference, New Orleans, LA.

23

July 2019

Redlich, A.D. (2016, November). Elephants in the courtroom: Investigating under-researched aspects of wrongful conviction. In E. Martin (Chair), *NIJ's inquiries into wrongful convictions.* Paper presented at the American Society of Criminology conference, New Orleans, LA.

Turner, J. I, & Redlich, A. D. (2016, June). Two models of pre-plea discovery in criminal cases: An empirical comparison. In E. Kerrison (Chair), *Unpacking the plea bargaining process: Exploring defendant and defense counsel perspectives.* Paper presented at the Law and Society Association conference, New Orleans, LA.

Redlich, A.D. (2016, March). Discussant. In K. Houston (Chair), *Current advances in investigative interviewing.* Paper presented at the American Psychology-Law Society, Atlanta, GA.

Han, W. & Redlich, A.D. (2016, March). *The impact of community treatment on recidivism in mental health courts.* Poster presented at the American Psychology-Law Society, Atlanta, GA.

Turner, J. I, & Redlich, A. D. (2016, March). To provide or not to provide (pre-plea discovery): Experiences of prosecutors and defenders from differing state discovery models. In V. Edkins (Chair), *The psychology of plea decisions.* Paper presented at the American Psychology-Law Society, Atlanta, GA.

Turner, J. I, & Redlich, A. D. (2015, November). To provide or not to provide (discovery). In *Examining attorneys and their work.* Paper presented at the American Society of Criminology meeting, Washington, DC.

Kelly, C. J., & Redlich, A. D. (2015, June). Interrogation domains, surveys, and observations: Reflections and policy implications. In G. D. Lassiter (Chair), *Reforming interrogation procedures: Connecting science and policy.* Paper presented at the Society for Psychological Study of Social Issues meeting, Washington, DC.

Shteynberg, R. & Redlich, A. D. (2015, March). *The role of gender in plea decision rationales.* Poster presented at the American Psychology Law Society meeting, San Diego, CA.

Redlich, A. D. (2015, March). Discussant. In G. DeClue (Chair), *Interrogations and confessions.* Paper presented at the American Psychology Law Society meeting, San Diego, CA.

## CHAIRED SYMPOSIA

Kerrison, E. & Redlich, A. D. (2015, October). *Unpacking the plea-bargaining decision-making process for defendants and their attorneys.* Symposium presented at the Mid-Atlantic Law and Society Association, John Jay College of Criminal Justice, New York, NY.

Redlich, A. D. (2014, March), *Guilty pleas and other legal responsibility taking.* Symposium presented at the American Psychology-Law Society, New Orleans, LA.

Redlich, A. D. (2013, November), *Miscarriages of justice: Race, alibis, and admissions.* Symposium presented at the American Society of Criminology meeting, Atlanta, GA.

Redlich, A. D. (2012, November), *Miscarriages of justice: Broadening methodology in innocence research.* Symposium presented at the American Society of Criminology meeting, Chicago, IL.

24

July 2019

Redlich, A. D. (2012, March). *Current research on intelligence interviewing and interrogation*. Symposium presented at the American Psychology Law Society conference, San Juan, Puerto Rico.

Redlich, A. D. (2011, November). *The decline of trials and the rise of a new perspective on the importance of evidence in the plea bargaining process*. Symposium presented at the American Society of Criminology conference, Washington, DC.

Redlich, A. D. (2011, November). *Current research on intelligence interviewing and interrogation*. Symposium presented at the American Society of Criminology conference, Washington, DC.

Malloy, L. & Redlich, A. D. (2008). *Situational and dispositional risk factors for false confessions*. Symposium presented at the American Psychology-Law Society Conference, Jacksonville, FL.

Redlich, A. D. (2008). *Understanding in mandated community treatment*. Symposium presented at the American Psychology-Law Society Conference, Jacksonville, FL.

Bishop-Josef, S., & Redlich, A. D. (2006). *Psychologists advocating for children and families: Why, who, and how?* Symposium presented to the American Psychological Association Convention, New Orleans, LA.

Redlich, A. D., & Morris, L. (2006). *How long does diversion take?* Symposium presented to the National GAINS Conference, Boston, MA.

Redlich, A. D., & Petrila, J. (2006). *Mental health courts: Legal, procedural, and methodological controversies*. Symposium presented at the American Psychology-Law Society Conference, St. Petersburg, FL.

Heath, W., Redlich, A., & Costanzo, M. (2005). *Advice for graduate students and beginning professionals*. Symposium at the American Psychology Law-Society Conference, La Jolla, CA.

Redlich, A. D. (2003). *The interrogation of vulnerable persons: Research issues, legal responses, and policy implications*. Symposium presented at the joint European Association of Psychology and the Law and the American Psychology-Law Society, Edinburgh, Scotland.

Redlich, A. D., & Ghetti, S. (2002). *The competence of child suspects and defendants: Perceived and actual capabilities*. Symposium presented at the American Psychology-Law Society Conference, Austin, TX.

Steiner, H., & Redlich, A. D. (2000). *Response and responsibility: The psychology and psychiatry of false confessions*. Symposium presented at the American Academy of Child and Adolescent Psychiatry meeting, New York, NY.

Redlich, A. D., & Ghetti, S. (2000). *Juveniles in the justice system: Factors relating to the commission, investigation, and judgment of adolescent crime*. Symposium presented at the American Psychology-Law Society Conference, New Orleans, LA.

July 2019

Goodman, G. S., & Redlich, A. D. (1997). *Recent developments and dilemmas in ethical issues for developmental research*. Symposium presented at the Society for Research in Child Development Biennial Conference, Washington, DC.

## TEACHING EXPERIENCE

*George Mason University*
Psychology and the Criminal Justice System (Undergraduates, Fall 2015, 2016; Grad, Fall 2016; Spring 2019)
Criminology, Law and Society Capstone seminar (Undergraduates, Spring 2016, 2017, 2018; Fall 2017; Spring 2018)
Graduate Professionalization Seminar (Grad, Spring 2018; 2019)
Criminology, Law and Society Honors' seminar (Undergraduates, Fall 2018-Spring 2019)

*University at Albany*
Experimental Criminology (MA-PhD students, Fall 2009; Spring 2015)
Grant Writing (PhD students, Fall 2013)
PhD Orientation to Academia (PhD students, Fall 2012, 2013)
Psychology and the Criminal Justice System (Undergraduates, Fall 2009-2014)
Psychology and the Legal System (MA-PhD students, Spring, 2009)
Wrongful Convictions (Undergraduates, Spring 2013-2015; MA-PhD students, Spring 2010, 2012, 2014)

*Russell Sage College*
Topics in Forensics (MA students, Spring 2005)

*Stanford University*
Child Development (Adult Continuing Education students, Spring 2002)

## SELECTED SERVICE

| | |
|---|---|
| 2019-- | Advisory Board Member, Dr. Miko Wilford's (University of Massachusetts, Lowell) NSF Career Award |
| 2019-- | American Psychology Law Society Scientific Review Committee Member |
| 2016- | Expert Advisory Panel, SJ 47 Study of Mental Health Services in the 21st Century in VA |
| 2016-- | Senior Fellow, Center for Evidence-Based Crime Policy, George Mason University |
| 2015-2017 | Committee on Legal Issues (COLI), American Psychological Association |
| 2013-2014 | 2014 Conference Co-Chair, American Psychology-Law Society (Division 41, APA), New Orleans, LA, Appointed position |
| 2013-2014 | School of Criminal Justice/Hindelang Center Seminar Series Coordinator |
| 2011-2013 | Research Working Group, Strategic Plan Implementation; University at Albany |
| undisclosed | National Science Foundation, Law and Social Science Dissertation Review Panel |

26

July 2019

| | |
|---|---|
| undisclosed | MacArthur 'Genius Award' Fellowship candidate evaluator |
| 2010 | Planning Advisory Board member, *Symposium on Crime and Justice: The Past and Future of Empirical Sentencing Research* (PI: S. Bushway). Conference sponsored by the National Science Foundation |
| 2009- | Advisory Board member, Center on Wrongful Conviction of Youth, Northwestern University School of Law |
| 2009-2014 | Graduate Academic Council's Committee on Education Policy & Procedures, University at Albany |
| 2009-2015 | Co-Editor, *Actual Innocence*, American Psychology-Law Society (Division 41, APA) Newsletter (with doctoral student, Robert Norris) |
| 2008-- 2014 | Graduate Admissions Committee, School of Criminal Justice, University at Albany [Chair and member] |
| 2007 – 2010 | Executive Committee, Member-At-Large, American Psychology-Law Society (Division 41, APA), Elected position |
| 2005 – 2008 | Executive Committee, Member-At-Large for Advocacy, Society for Child and Family Practice and Policy (Division 37, APA), Elected position |
| 2005 – 2015 | Internal Review Board Member, Policy Research Associates, Inc |
| 2005 – 2012 | Co-Editor, *Teaching Tips*, American Psychology-Law Society (Division 41, APA) Newsletter |
| 2004 – 2007 | Chair, Teaching, Training, and Careers Committee, American Psychology-Law Society (Division 41, APA) |

**Editorial Boards**:
2016—present *Journal of Experimental Criminology*
2015—present *Journal of Quantitative Criminology*
2010 – present *Albany Law Review* [special annual issue on Miscarriages of Justice]
2008 – present *Law and Human Behavior*
2007 – present *Psychology, Public Policy, and Law*
2007 – 2010 *Behavioral Sciences of Terrorism and Political Aggression: Journal of the Society for Terrorism Research*

**Ad hoc Journal, Publication, and Granting Agency Reviews**:
*American Journal of Criminal Justice; Anderson Publishing; Archives of General Psychiatry; Behavioral Sciences and the Law; Child Abuse and Neglect; Child Maltreatment; Crime and Delinquency; Criminal Justice and Behavior; Criminal Justice Policy Review; Criminology; Current Directions in Psychological Science; Journal of Applied Social Psychology; Journal of Child Sexual Abuse; Journal of Clinical Child and Adolescent Psychology; Journal of Quantitative Criminology; Justice Quarterly; Legal and Criminological Psychology; National Science Foundation; Ontario Mental Health Foundation; Oxford University Press;*

27

July 2019

*Personality and Individual Differences; Psychology, Crime, and Law; Psychiatric Services; Social Problems; Western Criminology Review; Wiley-Blackwell Publisher; William T. Grant Foundation; Worth Publishers*

**Student and Postdoctoral Mentorship**

Honors:
Allie Briggs (University at Albany)
Kathryn Cronin (University at Albany)
Kaleigh Haines (George Mason University, Psychology; Honorable Mention for Outstanding Thesis Award in Psychology; Outstanding Poster Award at College of Humanities and Social Science Undergraduate Research Symposium)
Alex Marquina (George Mason University, Psychology; received Outstanding Thesis Award)
Delonie Plummer (University at Albany)
Krista Wallace (University at Albany)
Claire Wooster (George Mason University, Psychology)

Masters/Comp:
Catherine Bonventre (University at Albany)
Reyna Cartagena (George Mason University)
Lauren Duhaime (George Mason University)
Kristen Huete (George Mason University; Chair)
Rachel Jensen (George Mason University; Chair)
Jennifer Kamorowski (George Mason University)
Samantha Luna (George Mason University; Chair)
Cynthia J. Najdowski (University of Illinois, Chicago)
Robert Norris (University at Albany)
Sarah Reuter (George Mason University)
Luzi Shi (University at Albany)
Reveka Shteynberg (University at Albany; Chair)
Jennifer Weintraub (University at Albany)
Shi Yan (University at Albany)
Ronald Zimmerman (George Mason University)

Doctoral:
Emily Alexoudis (George Mason University; Psychology)
Sara Berg (University at Albany)
Kathleen M. Bolling (Indiana University, Bloomington)
Catherine Bonventre (University at Albany)
Andrew Davies (University at Albany)
Sara Debus-Sherrill (George Mason University)
Amy Dezember (George Mason University; Chair)
Erika Fountain (Georgetown University)
Victoria Goldberg (George Mason University)
Alexa Hiley (John Jay College of Criminal Justice)
Woojae Han (University at Albany, School of Social Welfare; Co-Chair)
Kelsey Henderson (University of Florida, Gainesville)
Glenys Holt (University of Tasmania)
Brittany Hood (Indiana University)
Leona Jochnowitz (University at Albany)
Catherine Kimbrell (George Mason University)
Siyu Liu (University at Albany)
Kimberly Meyer (George Mason University)
Robert Norris (University at Albany)

28

July 2019

|  | Jeffrey Sandler (University at Albany) |
|---|---|
|  | Jeremy Shifton (University at Albany; Chair) |
|  | Reveka Shteynberg (University at Albany; Co-Chair) |
|  | Jennifer Weintraub (University at Albany) |
| PostDoctoral: | Christopher Kelly (University at Albany) |
|  | Skye Woestehoff (George Mason University) |

Other formal mentoring:
        Jennifer Perillo (Indiana University of Pennsylvania; PI Mentorship Academy mentor)
        Katherine Hazen (University of Nebraska, Lincoln; Preparing Future Faculty mentor)

**Selected Media Appearances:**
*"Geraldo at Large"* a national television show*; "Annie Armen Live"* a national radio show; WWJ All News Radio, Detroit, MI (CBS-owned affiliate); Interviewed and cited prominently in *New York Times Upfront* (Patricia Smith); *Psychiatric News* (Aaron Levin); *The National Law Journal* (Leonard Post); *San Francisco Chronicle* (John Koopman); *APA Monitor* (Zak Stambor; Erika Packard); *Houston Chronicle, Syracuse The Post-Standard* (John O'Brien), *Newsday* op-ed (with James R. Acker); *Propublica* (Joaquin Sapien). NPR academic minutes, 11/25/14: http://academicminute.org/2014/11/allison-redlich-university-at-albany-mental-health-courts/; *The Crime Report* (David Krajicek); Undisclosed podcast.

## CURRENT AND PAST MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS

American Society of Criminology
American Psychological Association
Association for Psychological Science
American Psychology - Law Society (Div. 41, APA)
Division of Experimental Criminology (ASC)
International Investigative Interview Research Grp
Law and Society Association
Society for Child and Family Practice and Policy (Div. 37, APA)
Section on Child Maltreatment (Div. 37, Section 1, APA–Graduate Student President, 1999)



## TELEFAX COVER MEMORANDUM

### RONALD R. REIBER, Ph.D.

Economics & Finance Department
Canisius College
2001 Main Street
Buffalo, N.Y. 14208-1098
Phone: (716) 888-2665
Fax:    (716) 888-3135

GENERAL DATA SHEET FOR
<u>JOSUE ORTIZ</u>

Date of birth:                                                                              10/14/81

Date of incarceration:                                                        11/16/04 - 12/8/14

His economic loss is calculated using 2 approaches:
1. NYS minimum wage
2. Average earnings of a non-high school graduate

| <u>Date</u> | <u>NYS minimum wage</u> |
|---|---|
| 3/31/00 | $5.15 |
| 1/1/05 | $6.00 |
| 1/1/06 | $6.75 |
| 1/1/07 | $7.15 |
| 7/24/09 | $7.25 |
| 12/31/13 | $8.00 |
| 12/31/14 | $8.75 |
| 12/31/15 | $9.00 |

Average annual increase over this period:                          3.6%
Annual increase used after 2015:                                        2.5%

| <u>per hour</u> | <u>hours/week</u> | <u>weeks/year</u> | <u>wages/year</u> |
|---|---|---|---|
| $5.15 | 40 | 50 | $10,300 |
| Reduce by 8.3% for the possibility of unemployment: | | | $9,445 |

The long-term unemployment rate for hispanic males has been about 8.3%.

According to U.S. Census Bureau, the average wage in 2011 for hispanic males without a
a high school degree was:                                                      $24,202
Reduce by 8.3% for the possibility of unemployment:         $22,193

Wage increase used here:                                                     2.5%

Additional years of expected work-life (NYS PJI) as of 12/8/14:          23.6

EARNINGS PROJECTION FOR
JOSUE ORTIZ
AT THE NYS MINIMUM WAGE

| Year | Age | | Wages |
|------|-----|---|-------|
| 11/16/04 | 23 | | $1,181 |
| 2005 | 24 | | $9,780 |
| 2006 | 25 | | $10,128 |
| 2007 | 26 | | $10,487 |
| 2008 | 27 | | $10,860 |
| 2009 | 28 | | $11,245 |
| 2010 | 29 | | $11,644 |
| 2011 | 30 | | $12,058 |
| 2012 | 31 | | $12,486 |
| 2013 | 32 | | $12,929 |
| 12/8/14 | 33 | | $12,607 |
| | | Past | $115,406 |
| | | | |
| 2014 | 33 | | $781 |
| 2015 | 34 | | $13,864 |
| 2016 | 35 | | $14,210 |
| 2017 | 36 | | $14,566 |
| 2018 | 37 | | $14,930 |
| 2019 | 38 | | $15,303 |
| 2020 | 39 | | $15,686 |
| 2021 | 40 | | $16,078 |
| 2022 | 41 | | $16,480 |
| 2023 | 42 | | $16,892 |
| 2024 | 43 | | $17,314 |
| 2025 | 44 | | $17,747 |
| 2026 | 45 | | $18,190 |
| 2027 | 46 | | $18,645 |
| 2028 | 47 | | $19,111 |
| 2029 | 48 | | $19,589 |
| 2030 | 49 | | $20,079 |
| 2031 | 50 | | $20,581 |
| 2032 | 51 | | $21,095 |
| 2033 | 52 | | $21,623 |
| 2034 | 53 | | $22,163 |
| 2035 | 54 | | $22,717 |
| 2036 | 55 | | $23,285 |
| 2037 | 56 | | $23,867 |
| | | Future | $424,796 |
| | | | |
| | | Total | $540,202 |

EARNINGS PROJECTION FOR
JOSUE ORTIZ
AS AN AVERAGE NON-HIGH SCHOOL GRADUATE

| Year | Age | | Wages |
|------|-----|--|-------|
| 11/16/04 | 23 | | $2,334 |
| 2005 | 24 | | $19,137 |
| 2006 | 25 | | $19,616 |
| 2007 | 26 | | $20,106 |
| 2008 | 27 | | $20,609 |
| 2009 | 28 | | $21,124 |
| 2010 | 29 | | $21,652 |
| 2011 | 30 | | $22,193 |
| 2012 | 31 | | $22,748 |
| 2013 | 32 | | $23,317 |
| 12/8/14 | 33 | | $22,506 |
| | | Past | $215,341 |
| | | | |
| 2014 | 33 | | $1,394 |
| 2015 | 34 | | $24,497 |
| 2016 | 35 | | $25,110 |
| 2017 | 36 | | $25,737 |
| 2018 | 37 | | $26,381 |
| 2019 | 38 | | $27,040 |
| 2020 | 39 | | $27,716 |
| 2021 | 40 | | $28,409 |
| 2022 | 41 | | $29,119 |
| 2023 | 42 | | $29,847 |
| 2024 | 43 | | $30,594 |
| 2025 | 44 | | $31,358 |
| 2026 | 45 | | $32,142 |
| 2027 | 46 | | $32,946 |
| 2028 | 47 | | $33,770 |
| 2029 | 48 | | $34,614 |
| 2030 | 49 | | $35,479 |
| 2031 | 50 | | $36,366 |
| 2032 | 51 | | $37,275 |
| 2033 | 52 | | $38,207 |
| 2034 | 53 | | $39,162 |
| 2035 | 54 | | $40,141 |
| 2036 | 55 | | $41,145 |
| 2037 | 56 | | $42,174 |
| | | Future | $750,626 |
| | | | |
| | | Total | $965,967 |