UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSUE ORTIZ,<br><br>                                 Plaintiff,<br><br>vs.<br><br>RICHARD WAGSTAFF, MARY GUGLIUZZA, MARK VAUGHN, MARK STAMBACH, and BPD DOES 1-12, in their Capacity as Police Officers of the CITY OF BUFFALO; BUFFALO POLICE DEPARTMENT; CITY OF BUFFALO,<br><br>                                 Defendants. | **PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Civil Action No.:<br>16-cv-321 (LJV/HBS) |

**PLAINTIFFS,** as and for their response to Defendants' First Request for Production of Documents respond as follows:

## DOCUMENTS REQUESTED

1. All documents, notes, memoranda or electronic information that the Plaintiff may use in support of his claims against the Defendants concerning the incidents in the Complaint

**RESPONSE:** See accompanying documents provided herewith, including on the accompanying disks.

2. All documents, notes, memoranda or electronic information concerning the incidents in the Complaint.

**RESPONSE:** See accompanying documents provided herewith, including on the accompanying disks.

3. All physical evidence in the possession of the Plaintiff regarding the incidents in the Complaint.

{H3176626.1}                                                            1

**RESPONSE:** See accompanying documents provided herewith, including on the accompanying disks.

9. Copies of Plaintiff's state and federal income tax returns, including W-2 statements for the past twenty years along with signed and unrestricted authorizations permitting the City of Buffalo Law Department to obtain copies of Plaintiff's state and federal income tax returns, including W-2 statements for the past twenty years.

**RESPONSE:** See accompanying documents provided herewith, including on the accompanying disks.

10. All medical records, bills or invoices from any health care provider who treated Plaintiff for physical, mental and/or emotional injuries allegedly received as a result of the incidents in the Complaint.

**RESPONSE:** See accompanying documents provided herewith, including on the accompanying disks.

11. All audiotapes, photographs, videotapes and documents stored electronically in the possession of the Plaintiff concerning the incidents in the Complaint.

**RESPONSE:** See accompanying documents provided herewith, including on the accompanying disks.

12. Any notes, logs, diaries, journals or other documents generated or kept by Plaintiff or by members of his family relative to any of the incidents in the Complaint or Plaintiff's alleged damages.

**RESPONSE:** See accompanying documents provided herewith, including on the accompanying disks.

13. All contracts, invoices, bills, estimates or other documents concerning Plaintiff's damages as a result of the incidents alleged in the Complaint.

**RESPONSE:** See accompanying documents provided herewith, including on the accompanying disks.

14. Fully executed authorizations unlimited in time, permitting the City of Buffalo Law Department to obtain Plaintiff's medical records for any physical, mental health and/or emotional injuries suffered as a result of the incidents in the Complaint.

**RESPONSE:** See accompanying documents provided herewith, including on the accompanying disks.

15. Fully executed authorization unlimited in time, permitting the City of Buffalo Law Department to obtain Plaintiff's medical records for any prior physical, mental health, and/or emotional injuries to which Plaintiff suffered prior to the incidents described in the Complaint.

**RESPONSE:** See accompanying documents provided herewith, including on the accompanying disks.

**DATED:** May 10, 2019

HANCOCK ESTABROOK, LLP

By: _____

Alan J. Pierce, Esq.
*Attorneys for Plaintiff*
100 Madison St., Suite 1800
Syracuse, New York 13202
(315) 565-4500

Wayne C. Felle, Esq.
6024 Main Street
Williamsville, New York 13221
(716) 505-2700

## GENERAL DATA SHEET FOR
## JOSUE ORTIZ

Date of birth: 10/14/81

Date of incarceration: 11/16/04 - 12/8/14

His economic loss is calculated using 2 approaches:
1. NYS minimum wage
2. Average earnings of a non-high school graduate

| Date | NYS minimum wage |
|---|---|
| 3/31/00 | $5.15 |
| 1/1/05 | $6.00 |
| 1/1/06 | $6.75 |
| 1/1/07 | $7.15 |
| 7/24/09 | $7.25 |
| 12/31/13 | $8.00 |
| 12/31/14 | $8.75 |
| 12/31/15 | $9.00 |

Average annual increase over this period: 3.6%
Annual increase used after 2015: 2.5%

| per hour | hours/week | weeks/year | wages/year |
|---|---|---|---|
| $5.15 | 40 | 50 | $10,300 |
| Reduce by 8.3% for the possibility of unemployment: | | | $9,445 |

The long-term unemployment rate for hispanic males has been about 8.3%.

According to U.S. Census Bureau, the average wage in 2011 for hispanic males without a a high school degree was: $24,202
Reduce by 8.3% for the possibility of unemployment: $22,193

Wage increase used here: 2.5%

Additional years of expected work-life (NYS PJI) as of 12/8/14: 23.6

## EARNINGS PROJECTION FOR
## JOSUE ORTIZ
## AT THE NYS MINIMUM WAGE

| Year | Age | | Wages |
|---|---|---|---|
| 11/16/04 | 23 | | $1,181 |
| 2005 | 24 | | $9,780 |
| 2006 | 25 | | $10,128 |
| 2007 | 26 | | $10,487 |
| 2008 | 27 | | $10,860 |
| 2009 | 28 | | $11,245 |
| 2010 | 29 | | $11,644 |
| 2011 | 30 | | $12,058 |
| 2012 | 31 | | $12,486 |
| 2013 | 32 | | $12,929 |
| 12/8/14 | 33 | | $12,607 |
| | | Past | $115,406 |
| 2014 | 33 | | $781 |
| 2015 | 34 | | $13,864 |
| 2016 | 35 | | $14,210 |
| 2017 | 36 | | $14,566 |
| 2018 | 37 | | $14,930 |
| 2019 | 38 | | $15,303 |
| 2020 | 39 | | $15,686 |
| 2021 | 40 | | $16,078 |
| 2022 | 41 | | $16,480 |
| 2023 | 42 | | $16,892 |
| 2024 | 43 | | $17,314 |
| 2025 | 44 | | $17,747 |
| 2026 | 45 | | $18,190 |
| 2027 | 46 | | $18,645 |
| 2028 | 47 | | $19,111 |
| 2029 | 48 | | $19,589 |
| 2030 | 49 | | $20,079 |
| 2031 | 50 | | $20,581 |
| 2032 | 51 | | $21,095 |
| 2033 | 52 | | $21,623 |
| 2034 | 53 | | $22,163 |
| 2035 | 54 | | $22,717 |
| 2036 | 55 | | $23,285 |
| 2037 | 56 | | $23,867 |
| | | Future | $424,796 |
| | | Total | $540,202 |

## EARNINGS PROJECTION FOR JOSUE ORTIZ
### AS AN AVERAGE NON-HIGH SCHOOL GRADUATE

| Year | Age | | Wages |
|---|---|---|---|
| 11/16/04 | 23 | | $2,334 |
| 2005 | 24 | | $19,137 |
| 2006 | 25 | | $19,616 |
| 2007 | 26 | | $20,106 |
| 2008 | 27 | | $20,609 |
| 2009 | 28 | | $21,124 |
| 2010 | 29 | | $21,652 |
| 2011 | 30 | | $22,193 |
| 2012 | 31 | | $22,748 |
| 2013 | 32 | | $23,317 |
| 12/8/14 | 33 | | $22,506 |
| | | **Past** | **$215,341** |
| 2014 | 33 | | $1,394 |
| 2015 | 34 | | $24,497 |
| 2016 | 35 | | $25,110 |
| 2017 | 36 | | $25,737 |
| 2018 | 37 | | $26,381 |
| 2019 | 38 | | $27,040 |
| 2020 | 39 | | $27,716 |
| 2021 | 40 | | $28,409 |
| 2022 | 41 | | $29,119 |
| 2023 | 42 | | $29,847 |
| 2024 | 43 | | $30,594 |
| 2025 | 44 | | $31,358 |
| 2026 | 45 | | $32,142 |
| 2027 | 46 | | $32,946 |
| 2028 | 47 | | $33,770 |
| 2029 | 48 | | $34,614 |
| 2030 | 49 | | $35,479 |
| 2031 | 50 | | $36,366 |
| 2032 | 51 | | $37,275 |
| 2033 | 52 | | $38,207 |
| 2034 | 53 | | $39,162 |
| 2035 | 54 | | $40,141 |
| 2036 | 55 | | $41,145 |
| 2037 | 56 | | $42,174 |
| | | **Future** | **$750,626** |
| | | **Total** | **$965,967** |

# THE LAW OFFICES OF
# WAYNE C. FELLE, P.C.

*ATTORNEY & COUNSELOR AT LAW*
6024 MAIN STREET
WILLIAMSVILLE, NEW YORK 14221-6833

*Telephone:* (716) 505-2700
*Facsimile:* (716) 505-2727

January 3, 2018

Alan J. Pierce, Esq.
Hancock Estabrook, LLP
1500 AXA Tower I
100 Madison Street
Syracuse, NY 13202

*SENT VIA EMAIL*
*& U.S MAIL*

Re: **Ortiz v. Wagstaff et al**
**Case No: 1:16 CV 00321**

Dear Mr. Pierce:

In response to your email of December 22, 2017, please find enclosed the following authorizations allowing the City of Buffalo to obtain requested documentation:

- One (1) Authorization for Release of Photocopies of Tax Returns and/or Tax Information forms (Form DTF-505) for records from 2004 to present.
- Two (2) Request for Transcripts of Tax Return forms (Form 4506-T) for records from 2004 to present
- Remedy Intelligent Staffing
- SPS Temporaries, Inc.,
- Chilli's Restaurant
- Holiday Inn Express & Suites
- Niagara County Department of Mental Health
- Niagara Falls Memorial Medical Center
- Lake Shore Behavioral Health and;
- Dr. Brian S. Joseph, M.D

Please note, Mr. Ortiz was not a New York State resident until 2004 and Puerto Rico residents are not required to file taxes. Further, Mr. Ortiz was unemployed from 2004 to 2014 due to being incarcerated therefore no records will be provided for that period of time.

Very truly yours,

WAYNE C. FELLE, ESQ.

WCF/bec
Enclosures



Department of Taxation and Finance
# Authorization for Release of Photocopies of Tax Returns and/or Tax Information

**DTF-505** (4/17)

## Part A – Taxpayer information

| Taxpayer's name as shown on return | Taxpayer's SSN or EIN as shown on return |
|---|---|
| Josue D. Ortiz | 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 |
| Joint taxpayer's name as shown on return | Joint taxpayer's SSN as shown on return |
| | |
| Street address as shown on return | Telephone number |
| 2449 Niagara Avenue, Upper Apt. | ( ) |
| City, state, ZIP code as shown on return | VIN number *(only if requesting Form DTF-802)* |
| Niagara Falls, New York 14305 | |
| Current name or names *(if different from name(s) above)* | |
| | |
| Current address *(if different from address above)* | |
| | |

## Part B – Tax return information *(attach additional sheets if necessary)*

| Column A<br>**Tax type** *(Mark an X in one box in each row for the type of tax information requested.)* | Column B<br>**Tax year(s) requested** *(List all years or periods requested for the tax type in Column A.)* |
|---|---|
| Income tax [X]   Corporation tax [ ]   Withholding Tax [ ]   Sales tax [ ]<br>Other *(tax type)*: _____ [ ] | 2004, 2005, 2006, 2007, 2008, 2009, 2010 |
| Income tax [X]   Corporation tax [ ]   Withholding Tax [ ]   Sales tax [ ]<br>Other *(tax type)*: _____ [ ] | 2011, 2012, 2012, 2013, 2014, 2015, 2016 |
| Income tax [X]   Corporation tax [ ]   Withholding Tax [ ]   Sales tax [ ]<br>Other *(tax type)*: _____ [ ] | 2017 |
| If you are authorizing the release of **only** information verifying the timely filing of tax returns listed above, mark an **X** here. .......................... [ ] | If the copies must be certified for court or administrative proceedings, mark an **X** here. ........ [ ] |
| Reason for the request<br>Litigation | |

## Part C – Third party information *(Complete this section only if the return or information is to be sent to a third party, such as a mortgage company.)*

| Print name of authorized individual | |
|---|---|
| | |
| Print firm's name *(if applicable)* | |
| City of Buffalo Department of Law | |
| Street address *(number and street or PO Box)* | |
| 65 Niagara Square | |
| City, state, ZIP code | Telephone number |
| Buffalo, New York 14202 | ( 716 )851-4343 |

## Part D – Certification

I certify that I am either the taxpayer whose name is shown on the return, or the taxpayer's representative authorized to obtain the tax return or information requested. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form DTF-505 on behalf of the taxpayer.

| Printed name of taxpayer or authorized individual<br>Josue D Ortiz | Title |
|---|---|
| Signature of taxpayer or authorized individual<br>*/s/ Josue D. Ortiz* | Date<br>1-3-18 |

This form must be signed by the taxpayer or the taxpayer's authorized representative, and you must provide a form of identification to validate your signature (such as a photocopy of your driver license or non-driver ID card). If the request applies to a joint return, only one spouse is required to sign.



506001170094

| Form **4506** (July 2017) Department of the Treasury Internal Revenue Service | **Request for Copy of Tax Return** ▶ Do not sign this form unless all applicable lines have been completed. ▶ Request may be rejected if the form is incomplete or illegible. ▶ For more information about Form 4506, visit *www.irs.gov/form4506*. | OMB No. 1545-0429 |
|---|---|---|

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T, Request for Transcript of Tax Return,** or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

| **1a** Name shown on tax return. If a joint return, enter the name shown first. Josue D. Ortiz | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) 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 |
|---|---|
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
Josue D. Ortiz - 2449 Niagara Avenue, Upper Apt. Niagara Falls, New York 14305

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.
City of Buffalo Department of Law - 65 Niagara Square, Buffalo New York 14202

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____

**Note:** If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . . ☐

**7** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| 12/31/2004 | 12/31/2006 | 12/31/2008 | 12/31/2010 |
|---|---|---|---|
| 12/31/2005 | 12/31/2007 | 12/31/2009 | 12/31/2011 |

**8** **Fee.** There is a $50 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.**

**a** Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . . . $
**b** Number of returns requested on line 7 . . . . . . . . . . . . . . . . . . .
**c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . . . $

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☐

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions.**

**Sign Here**
▶ Signature (see instructions)  *Josue D. Ortiz* [signature]   Date 1/3/18   Phone number of taxpayer on line 1a or 2a

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature   Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 41721E   Form **4506** (Rev. 7-2017)

| Form **4506** | **Request for Copy of Tax Return** | |
|---|---|---|
| (July 2017) | ▶ Do not sign this form unless all applicable lines have been completed. | OMB No. 1545-0429 |
| Department of the Treasury<br>Internal Revenue Service | ▶ Request may be rejected if the form is incomplete or illegible.<br>▶ For more information about Form 4506, visit *www.irs.gov/form4506*. | |

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T, Request for Transcript of Tax Return,** or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>Josue D. Ortiz | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)<br><br>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 |
|---|---|
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
Josue D. Ortiz - 2449 Niagara Avenue, Upper Apt. Niagara Falls, New York 14305

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.
City of Buffalo Department of Law - 65 Niagara Square, Buffalo New York 14202

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶

**Note:** If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . . . ☐

**7** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| 12/31/2012 | 12/31/2014 | 12/31/2016 | |
|---|---|---|---|
| 12/31/2013 | 12/31/2015 | 12/31/2017 | |

**8** **Fee.** There is a $50 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.**

| **a** | Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
|---|---|---|
| **b** | Number of returns requested on line 7 . . . . . . . . . . . . . . . . . . | |
| **c** | Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . | $ |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☐

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**
▶ *Josue D. Ortiz* (signature)  Date: 1-3-18
Signature (see instructions)

Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature    Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 41721E    Form **4506** (Rev. 7-2017)

# HIPAA COMPLIANT MEDICAL AUTHORIZATION

To:    **Remedy Intelligent Staffing**                             Regarding:   **JOSUE D. ORTIZ**
       **403 Main Street**
       **Buffalo, New York 14203**

I hereby authorize, for personal reasons, the release of all medical, hospital, pharmaceutical and psychiatric records which shall include, without limitation:

1. All medical records in your possession, including but not limited to: physical therapy, rehabilitation, vocational rehabilitation, narrative reports, operative reports, nurses' notes, health questionnaires, diagnostic tests and reports, office notes, telephone messages, psychotherapy records, pharmacy records, hospital records and itemized billing statements.
2. This includes records generated by other health care providers which are continued in my chart.
3. This includes **COPIES ONLY** of diagnostics tests including all films and corresponding reports.
4. Authorizations restricted to: **Employment records**

The following person or class of persons may receive disclosure of protected health information:

*City of Buffalo Law Department*
*65 Niagara Square*
*1100 City Hall*
*Buffalo, New York 14202*

I understand that:
- My right to healthcare treatment is not conditioned on this authorization.
- I may cancel or revoke this authorization at any time by submitting a written request to you. However, I understand that any action already taken in reliance on the authorization cannot be reversed and my revocation will not affect those actions.
- The information to be used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it and would then no longer be protected by federal privacy regulations.

This authorization **MUST BE AN ORIGINAL.**

Authorization to obtain records is provided based upon recipient's agreement to provide copies of all medical records received to the plaintiff.

The purpose of this request is for Litigation and any medical examinations, medical record reviews and physical injury evaluations in connection therewith.

| | | |
|---|---|---|
| _Josue D. Ortiz_ (signed) | 1-3-18 | 10/14/1981 |
| Signature of Individual | Date | Date of Birth |
| _Briana E. Croce_ (signed) | | 1/3/18 |
| Signature of Guardian/Personal/Legal Representative<br>Notary Public/Witness | | Date |

[Notary seal: BRIANA E CROCE, NOTARY, NO. 340476, QUALIFIED IN ERIE COUNTY, COMM. EXP. 04/19/20, STATE OF NEW YORK]

This authorization must be completed in its entirety. A copy of this completed, signed and dated form must be given to the Individual or person signing on the Individual's behalf.

Note: Sections 17 and 18 of the Public Health Law limit the amount that can be charged for providing copies pursuant to this request to a reasonable charge not to exceed $.75 per page.

Specifically, this form complies with the Code of Federal Regulations Title 45, Part 164.508 pursuant to the Health Insurance Portability and Accountability Act of 1996 [HIPAA]. This form also complies with Sections 17 and 18 of the New York Public Health Law.

# HIPAA COMPLIANT MEDICAL AUTHORIZATION

To:    **Chili's Restaurant**                                Regarding:    **JOSUE D. ORTIZ**
        **PR-3**
        **Humacao, Puerto Rico 00791**

I hereby authorize, for personal reasons, the release of all medical, hospital, pharmaceutical and psychiatric records which shall include, without limitation:

1. All medical records in your possession, including but not limited to: physical therapy, rehabilitation, vocational rehabilitation, narrative reports, operative reports, nurses' notes, health questionnaires, diagnostic tests and reports, office notes, telephone messages, psychotherapy records, pharmacy records, hospital records and itemized billing statements.
2. This includes records generated by other health care providers which are continued in my chart.
3. This includes **COPIES ONLY** of diagnostics tests including all films and corresponding reports.
4. Authorizations restricted to:  **Employment records**

The following person or class of persons may receive disclosure of protected health information:

*City of Buffalo Law Department*
*65 Niagara Square*
*1100 City Hall*
*Buffalo, New York 14202*

I understand that:
- My right to healthcare treatment is not conditioned on this authorization.
- I may cancel or revoke this authorization at any time by submitting a written request to you. However, I understand that any action already taken in reliance on the authorization cannot be reversed and my revocation will not affect those actions.
- The information to be used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it and would then no longer be protected by federal privacy regulations.

This authorization **MUST BE AN ORIGINAL.**

Authorization to obtain records is provided based upon recipient's agreement to provide copies of all medical records received to the plaintiff.

The purpose of this request is for Litigation and any medical examinations, medical record reviews and physical injury evaluations in connection therewith.

_____      1-3-18                    10/14/1981
Signature of Individual                  Date                                Date of Birth

_____                                1/3/18
Signature of Guardian/Personal/Legal Representative          Date
Notary Public/Witness

*This authorization must be completed in its entirety. A copy of this completed, signed and dated form must be given to the Individual or person signing on the Individuals behalf.*

**Note: Sections 17 and 18 of the Public Health Law limit the amount that can be charged for providing copies pursuant to this request to a reasonable charge not to exceed $.75 per page.**

Specifically, this form complies with the Code of Federal Regulations Title 45, Part 164.508 pursuant to the Health Insurance Portability and Accountability Act of 1996 [HIPAA]. This form also complies with Sections 17 and 18 of the New York Public Health Law.

# HIPAA COMPLIANT MEDICAL AUTHORIZATION

To:   **Holiday Inn Express & Suites**             Regarding:   **JOSUE D. ORTIZ**
      **10111 Niagara Falls Boulevard**
      **Niagara Falls, New York 14304**

I hereby authorize, for personal reasons, the release of all medical, hospital, pharmaceutical and psychiatric records which shall include, without limitation:

1. All medical records in your possession, including but not limited to: physical therapy, rehabilitation, vocational rehabilitation, narrative reports, operative reports, nurses' notes, health questionnaires, diagnostic tests and reports, office notes, telephone messages, psychotherapy records, pharmacy records, hospital records and itemized billing statements.
2. This includes records generated by other health care providers which are continued in my chart.
3. This includes **COPIES ONLY** of diagnostics tests including all films and corresponding reports.
4. Authorizations restricted to:   **Employment records**

The following person or class of persons may receive disclosure of protected health information:

*City of Buffalo Law Department*
*65 Niagara Square*
*1100 City Hall*
*Buffalo, New York 14202*

I understand that:
- My right to healthcare treatment is not conditioned on this authorization.
- I may cancel or revoke this authorization at any time by submitting a written request to you. However, I understand that any action already taken in reliance on the authorization cannot be reversed and my revocation will not affect those actions.
- The information to be used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it and would then no longer be protected by federal privacy regulations.

This authorization **MUST BE AN ORIGINAL.**

Authorization to obtain records is provided based upon recipient's agreement to provide copies of all medical records received to the plaintiff.

The purpose of this request is for Litigation and any medical examinations, medical record reviews and physical injury evaluations in connection therewith.

_____                     10/14/1981
Signature of Individual                                       Date of Birth

_____                     1/3/18
Signature of Guardian/Personal/Legal Representative           Date
Notary Public/Witness

*This authorization must be completed in its entirety. A copy of this completed, signed and dated form must be given to the Individual or person signing on the Individuals behalf.*

**Note: Sections 17 and 18 of the Public Health Law limit the amount that can be charged for providing copies pursuant to this request to a reasonable charge not to exceed $.75 per page.**

Specifically, this form complies with the Code of Federal Regulations Title 45, Part 164.508 pursuant to the Health Insurance Portability and Accountability Act of 1996 [HIPAA]. This form also complies with Sections 17 and 18 of the New York Public Health Law.

# HIPAA COMPLIANT MEDICAL AUTHORIZATION

To:   SPS Temporaries, Inc.,                                      Regarding:   **JOSUE D. ORTIZ**
      49 West Tupper
      Buffalo, New York 14202

I hereby authorize, for personal reasons, the release of all medical, hospital, pharmaceutical and psychiatric records which shall include, without limitation:

1. All medical records in your possession, including but not limited to: physical therapy, rehabilitation, vocational rehabilitation, narrative reports, operative reports, nurses' notes, health questionnaires, diagnostic tests and reports, office notes, telephone messages, psychotherapy records, pharmacy records, hospital records and itemized billing statements.
2. This includes records generated by other health care providers which are continued in my chart.
3. This includes **COPIES ONLY** of diagnostics tests including all films and corresponding reports.
4. Authorizations restricted to:   **Employment records**

The following person or class of persons may receive disclosure of protected health information:

*City of Buffalo Law Department*
*65 Niagara Square*
*1100 City Hall*
*Buffalo, New York 14202*

I understand that:
- My right to healthcare treatment is not conditioned on this authorization.
- I may cancel or revoke this authorization at any time by submitting a written request to you. However, I understand that any action already taken in reliance on the authorization cannot be reversed and my revocation will not affect those actions.
- The information to be used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it and would then no longer be protected by federal privacy regulations.

This authorization **MUST BE AN ORIGINAL.**

Authorization to obtain records is provided based upon recipient's agreement to provide copies of all medical records received to the plaintiff.

The purpose of this request is for Litigation and any medical examinations, medical record reviews and physical injury evaluations in connection therewith.

| | | |
|---|---|---|
| _[signature]_ | 1/3/18 | 10/14/1981 |
| Signature of Individual | Date | Date of Birth |
| _[signature] Briana E. Croce_ | | 1-3-18 |
| Signature of Guardian/Personal/Legal Representative | | Date |
| Notary Public/Witness | | |

*This authorization must be completed in its entirety. A copy of this completed, signed and dated form must be given to the Individual or person signing on the Individual's behalf.*

Note: Sections 17 and 18 of the Public Health Law limit the amount that can be charged for providing copies pursuant to this request to a reasonable charge not to exceed $.75 per page.

Specifically, this form complies with the Code of Federal Regulations Title 45, Part 164.508 pursuant to the Health Insurance Portability and Accountability Act of 1996 [HIPAA]. This form also complies with Sections 17 and 18 of the New York Public Health Law.

# HIPAA COMPLIANT MEDICAL AUTHORIZATION

To:  **Dr. Brian S. Joseph, M.D**  
     **5820 Main Street**  
     **Williamsville, New York 14221**

Regarding:  **JOSUE D. ORTIZ**

I hereby authorize, for personal reasons, the release of all medical, hospital, pharmaceutical and psychiatric records which shall include, without limitation:

1. All medical records in your possession, including but not limited to: physical therapy, rehabilitation, vocational rehabilitation, narrative reports, operative reports, nurses' notes, health questionnaires, diagnostic tests and reports, office notes, telephone messages, psychotherapy records, pharmacy records, hospital records and itemized billing statements.
2. This includes records generated by other health care providers which are continued in my chart.
3. This includes **COPIES ONLY** of diagnostics tests including all films and corresponding reports.
4. Authorizations restricted to:_____

The following person or class of persons may receive disclosure of protected health information:

*City of Buffalo Law Department*  
*65 Niagara Square*  
*1100 City Hall*  
*Buffalo, New York 14202*

I understand that:
- My right to healthcare treatment is not conditioned on this authorization.
- I may cancel or revoke this authorization at any time by submitting a written request to you. However, I understand that any action already taken in reliance on the authorization cannot be reversed and my revocation will not affect those actions.
- The information to be used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it and would then no longer be protected by federal privacy regulations.

This authorization **MUST BE AN ORIGINAL.**

Authorization to obtain records is provided based upon recipient's agreement to provide copies of all medical records received to the plaintiff.

The purpose of this request is for Litigation and any medical examinations, medical record reviews and physical injury evaluations in connection therewith.

_____    1/3/18    10/14/1981  
Signature of Individual    Date    Date of Birth

_____    1/3/18  
Signature of Guardian/Personal/Legal Representative    Date  
Notary Public/Witness

*This authorization must be completed in its entirety. A copy of this completed, signed and dated form must be given to the Individual or person signing on the Individual's behalf.*

**Note: Sections 17 and 18 of the Public Health Law limit the amount that can be charged for providing copies pursuant to this request to a reasonable charge not to exceed $.75 per page.**

Specifically, this form complies with the Code of Federal Regulations Title 45, Part 164.508 pursuant to the Health Insurance Portability and Accountability Act of 1996 [HIPAA]. This form also complies with Sections 17 and 18 of the New York Public Health Law.

# HIPAA COMPLIANT MEDICAL AUTHORIZATION

To:     **Niagara County Department of Mental Health**         Regarding:   **JOSUE D. ORTIZ**
        **Shaw Building, Mt. View Campus**
        **5467 Upper Mountain Road**
        **Lockport, New York 14094**

I hereby authorize, for personal reasons, the release of all medical, hospital, pharmaceutical and psychiatric records which shall include, without limitation:

1. All medical records in your possession, including but not limited to: physical therapy, rehabilitation, vocational rehabilitation, narrative reports, operative reports, nurses' notes, health questionnaires, diagnostic tests and reports, office notes, telephone messages, psychotherapy records, pharmacy records, hospital records and itemized billing statements.
2. This includes records generated by other health care providers which are continued in my chart.
3. This includes **COPIES ONLY** of diagnostics tests including all films and corresponding reports.
4. Authorizations restricted to:_____

The following person or class of persons may receive disclosure of protected health information:

*City of Buffalo Law Department*
*65 Niagara Square*
*1100 City Hall*
*Buffalo, New York 14202*

I understand that:

- My right to healthcare treatment is not conditioned on this authorization.
- I may cancel or revoke this authorization at any time by submitting a written request to you. However, I understand that any action already taken in reliance on the authorization cannot be reversed and my revocation will not affect those actions.
- The information to be used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it and would then no longer be protected by federal privacy regulations.

This authorization **MUST BE AN ORIGINAL.**

Authorization to obtain records is provided based upon recipient's agreement to provide copies of all medical records received to the plaintiff.

The purpose of this request is for Litigation and any medical examinations, medical record reviews and physical injury evaluations in connection therewith.

_____   1-3-18           10/14/1981
Signature of Individual           Date         Date of Birth

_____                      1/3/18
Signature of Guardian/Personal/Legal Representative   Date
Notary Public/Witness

*This authorization must be completed in its entirety. A copy of this completed, signed and dated form must be given to the Individual or person signing on the Individual's behalf.*

**Note:  Sections 17 and 18 of the Public Health Law limit the amount that can be charged for providing copies pursuant to this request to a reasonable charge not to exceed $.75 per page.**

Specifically, this form complies with the Code of Federal Regulations Title 45, Part 164.508 pursuant to the Health Insurance Portability and Accountability Act of 1996 [HIPAA]. This form also complies with Sections 17 and 18 of the New York Public Health Law.

# HIPAA COMPLIANT MEDICAL AUTHORIZATION

To:  **Niagara Falls Memorial Medical Center**  Regarding:  **JOSUE D. ORTIZ**
     **621 Tenth Street**
     **Niagara Falls, New York 14302**

I hereby authorize, for personal reasons, the release of all medical, hospital, pharmaceutical and psychiatric records which shall include, without limitation:

1. All medical records in your possession, including but not limited to: physical therapy, rehabilitation, vocational rehabilitation, narrative reports, operative reports, nurses' notes, health questionnaires, diagnostic tests and reports, office notes, telephone messages, psychotherapy records, pharmacy records, hospital records and itemized billing statements.
2. This includes records generated by other health care providers which are continued in my chart.
3. This includes **COPIES ONLY** of diagnostics tests including all films and corresponding reports.
4. Authorizations restricted to:_____

The following person or class of persons may receive disclosure of protected health information:

*City of Buffalo Law Department*
*65 Niagara Square*
*1100 City Hall*
*Buffalo, New York 14202*

I understand that:
- My right to healthcare treatment is not conditioned on this authorization.
- I may cancel or revoke this authorization at any time by submitting a written request to you. However, I understand that any action already taken in reliance on the authorization cannot be reversed and my revocation will not affect those actions.
- The information to be used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it and would then no longer be protected by federal privacy regulations.

This authorization **MUST BE AN ORIGINAL.**

Authorization to obtain records is provided based upon recipient's agreement to provide copies of all medical records received to the plaintiff.

The purpose of this request is for Litigation and any medical examinations, medical record reviews and physical injury evaluations in connection therewith.

| | | |
|---|---|---|
| _Signature of Individual_ | 1-3-18 Date | 10/14/1981 Date of Birth |
| _Signature of Guardian/Personal/Legal Representative_ / Notary Public/Witness | 1/3/18 Date | |

*This authorization must be completed in its entirety. A copy of this completed, signed and dated form must be given to the Individual or person signing on the Individuals behalf.*

**Note: Sections 17 and 18 of the Public Health Law limit the amount that can be charged for providing copies pursuant to this request to a reasonable charge not to exceed $.75 per page.**

Specifically, this form complies with the Code of Federal Regulations Title 45, Part 164.508 pursuant to the Health Insurance Portability and Accountability Act of 1996 [HIPAA]. This form also complies with Sections 17 and 18 of the New York Public Health Law.

# HIPAA COMPLIANT MEDICAL AUTHORIZATION

To: **Lake Shore Behavioral Health**  
951 Niagara Street  
Buffalo, New York 14213

Regarding: **JOSUE D. ORTIZ**

I hereby authorize, for personal reasons, the release of all medical, hospital, pharmaceutical and psychiatric records which shall include, without limitation:

1. All medical records in your possession, including but not limited to: physical therapy, rehabilitation, vocational rehabilitation, narrative reports, operative reports, nurses' notes, health questionnaires, diagnostic tests and reports, office notes, telephone messages, psychotherapy records, pharmacy records, hospital records and itemized billing statements.
2. This includes records generated by other health care providers which are continued in my chart.
3. This includes **COPIES ONLY** of diagnostics tests including all films and corresponding reports.
4. Authorizations restricted to:_____

The following person or class of persons may receive disclosure of protected health information:

*City of Buffalo Law Department*  
*65 Niagara Square*  
*1100 City Hall*  
*Buffalo, New York 14202*

I understand that:
- My right to healthcare treatment is not conditioned on this authorization.
- I may cancel or revoke this authorization at any time by submitting a written request to you. However, I understand that any action already taken in reliance on the authorization cannot be reversed and my revocation will not affect those actions.
- The information to be used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it and would then no longer be protected by federal privacy regulations.

This authorization **MUST BE AN ORIGINAL.**

Authorization to obtain records is provided based upon recipient's agreement to provide copies of all medical records received to the plaintiff.

The purpose of this request is for Litigation and any medical examinations, medical record reviews and physical injury evaluations in connection therewith.

| Signature of Individual | Date: 1-3-18 | Date of Birth: 10/14/1981 |
|---|---|---|
| Signature of Guardian/Personal/Legal Representative  /  Notary Public/Witness | | Date: 1/3/18 |

This authorization must be completed in its entirety. A copy of this completed, signed and dated form must be given to the Individual or person signing on the Individual's behalf.

Note: Sections 17 and 18 of the Public Health Law limit the amount that can be charged for providing copies pursuant to this request to a reasonable charge not to exceed $.75 per page.

Specifically, this form complies with the Code of Federal Regulations Title 45, Part 164.508 pursuant to the Health Insurance Portability and Accountability Act of 1996 [HIPAA]. This form also complies with Sections 17 and 18 of the New York Public Health Law.